| Date | Pleading Number | |
|------|------|------|
| 2/7/75 | 1. | MOTION -- California & Hawaiian Sugar Co. -- w/supporting brief, A-1 thru A-12 complaints attached as exhibits, declaration of service by mail on involved attorneys. REQUESTED TRANSFEREE FORUM: N.D. California |
| 2/7/75 | 2. | MOTION -- Amalgamated Sugar Co., Great Western Sugar Co., Holly Sugar Corp., and National Sugarbeet Growers Federation -- w/supporting averments and brief.  Only six cases affected by motion -- A-1, A-9, A-10, A-11, A-12, and A-13. (All referred to as "Chicago-West" cases. REQUESTED TRANSFEREE FORUM:  D. Colorado |
| 2/11/75 | 3. | MOTION -- Union Sugar Div., Consolidated Foods Corp., -- Appendix and complaints in each action attached as exhibits; certificate of service on all parties in all actions: Schedule of actions involved. REQUESTED TRANSFEREE FORUM:  N.D. California |
| 2/18/75 | | REQUEST FOR EXTENSION OF TIME -- Plaintiff Baldi -- GRANTED TO ALL To and Including March 3, 1975 -- Notified counsel |
| 2/20/75 | | REQUEST FOR EXTENSION OF TIME -- Plaintiff Superior Beverage Co., Heinemann's Inc., Treasure Island Foods, Inc. to file a joint response to motion.   Granted to 3/10/75 |
| 2/24/75 | 4 | RESPONSE -- AMERICAN CRYSTAL SUGAR CO. w/cert. of service |
| 2/24/75 | 5 | RESPONSE -- AMERICAN CRYSTAL SUGAR CO. (MINN CORP.) w/cert. of service |
| 2/25/75 | | Plantation Baking Co. v. Great Western Sugar Co., et al. N.D. Ill. 75-418 |
| | | Zion Industries, Inc., et al. v. Amalgamated Sugar Co., et al. N. D. Illinois, 75-450 |
| | | Treasure Island Foods, Inc., etc. v. Great Western Sugar Co. N.D. Illinois, Civil Action No. 75-486 ORDER TO SHOW CAUSE FILED TODAY.  Notified counsel, involved judges. |
| 2/27/75 | | Home Juice Co. etc. v. Great Western Sugar Co., et al., N.D.Ill Cvil Action No. 75C497 Order to Show Cause filed today.  Notified counsel involved judge. |
| 2/27/75 | 6 | SUPPLEMENT TO MOTION -- California & Hawaiian Sugar Co. to add actiona A-13 through B-6 |
| 2/28/75 | 7 | RESPONSE -- BLUMS OF SAN FRANCISCO w/cert. of service |
| 3/3/75 | 8 | RESPONSE -- State of Illinois w/cert. of service |
| | 9 | RESPONSE -- CALIFORNIA AND HAWAIIAN SUGAR to motion  of Amalgamated,et al. |
| | 10 | UNION SUGAR DIVISION, CONSOLIDATED FOODS CORP. supplement to motion to add B-5 and B-6 |
| 3/3/75 | 11 | JOINDER IN MOTION -- ZIMS RESTAURANTS AND FANTASIA CONNECTIONS, INC. motions of California and Hawaiian and Union w/affidavits |
| 3/3/75 | 12 | RESPONSE --RALEY'S INC.  w/cert of service |
| 3/3/75 | 13 | RESPONSE -- Utah-Idaho Sugar Co. w/cert. of service. |
| 3/3/75 | 14 | RESPONSE -- Baldi Candy Co. w/cert. of service |
| 3/4/75 | 15 | RESPONSE -- ENG SKELL Co. w/cert. of service |
| 3/5/75 | | HEARING ORDER  Setting A-1 through B-6 for hearing, Dallas, Texas March 21, 1975 -- Notified counsel, involved judges |
| 3/5/75 | 16 | RESPONSE -- SUN GARDEN PACKING CO. w/cert. of service |
| 3/5/75 | 17 | RESPONSE -- PAOLI'S RESTAURANT, ICN., CONTEMPORARY FOODS, INC., w/cert. of servicd |
| 3/7/75 | 18 | RESPONSE -- State of Washington w/cert. of service |
| 3/10/75 | 19 | RESPONSE -- Superior Beverage Cp/. CFS continental Inc., Heinman's Inc. Plantation Baking Co., Zion Industries, Inc., Treasure Island foods, Home Juice Co., Genesis Group, Inc. w/cert. of service |

| Date | Pleading Number | |
|---|---|---|
| 3/10/75 | 20 | REPLY BRIEF -- CALIFORNIA AND HAWAII w/cert. of service |
| 3/10/75 | 21 | RESPONSE -- SPRECKLES SUGAR DIV.,  w/cert. of service |
| 3/12/75 | | GENESIS GROUP, INC. V. GREAT WESTERN SUGAR CO., N.D.ILL, 75C669 |
| | | SCO order of 2/25/75 and Hearing Order of 3/5/75 amended to |
| | | add action  . (C-1) |
| 3/12/75 | 22 | RESPONSE -- WASHINGTON BEVERAGES, INC., ET AL. w/cert. of service |
| 3/17/75 | 23 | OWENS - ENTERPRISES  and FOOD MART Eureka response w/exhibits |
| 3/21/75 | 24 | STATEMENT OF POSITION  Plaintiffs in SEECO v. G.W. Sugar Co. D. Minn. |
| | | C.A. No. Civ 4-75-116 |
| 3/27/75 | | JUDGE BOLDT -- ORDER OF CONSOLIDATION for B-5 (before the panel) |
| | | and B-6 (before the panel) and action entitled |
| | | 1812 Distributing Corp v. Utah Idaho Sugar Co., W.D. |
| | | Washington, C.A. Co. 633-72C2 (Not before the Panel) |
| 6/2/75 | | CONSENT OF TRANSFEREE COURT (Chief Judge Carter) for litigation |
| | | to be handled in the N.D. California before |
| | | Judge Boldt. |
| 6/2/75 | | OPINION AND ORDER -- transferring actions pending in N.D. Illinois, |
| | | W.D. Washington, D. Minnesota to the N.D. |
| | | California for coordinated or consolidated |
| | | pretrial proceedings before Judge Boldt. |
| 6/16/75 | | MILTON FREEDMAN V. AMALGAMATED SUGAR CO., ET AL., E.D.PA., 75-514 |
| | | SHOW CAUSE ORDER --Notified counsel involved judges. |
| 6/16/75 | | NORTHWEST CANDY, INC. V. UTAH-IDAHO SUGAR CO., W.D.WASH, C75-86T |
| | | GRIST MILL CO., ETC. V. GREAT WESTERN SUGAR CO., ET AL., N.D.ILL, 75C1539 |
| | | SHULZE AND BURCH BISCUIT CO. V. GREAT WESTERN SUGAR CO., N.D.ILL, 75C1184 |
| | | MERCHANTS RESTAURANT V. GREAT WESTERN, N.D.ILL, 75C0846 |
| | | EWALD BROTHERS, INC. V. GREAT WESTERN, D. MINN., 4-75-117 |
| | | MINNESOTA V. GREAT WESTERN SUGAR CO., D. MINN., 4-75-135 |
| | | GENERAL BOTTLERS V. C-H SUGAR CO., C.D. CAL, CV75-1324-RJK |
| | | KING KELLY MARMALADE CO. V. C-H SugarCo., C.D.CAL, CV-75-1340-RJK |
| | | ITT CONTINENTAL V. GREAT WESTERN, C.D.CAL., CV75-1870-RJK |
| | | ITT CONTINENTAL V. C-H, C.D.CAL, CV75-1871-LTL |
| | | SCANDIA BAKERY V. C-H Sugar, S.D.CAL, 75-0184-E |
| | | STATE OF OREGON V. Utah-Idaho, D. Oregon, 75-0522 |
| | | CTO s  filed today.  Notified  counsel, involved judges |
| 6/25/75 | | REQUEST FOR EXTENSION TO FILE RESPONSE (FREEDMAN SHOW CAUSE ORDER) |
| | | Defendants Savannah Foods & Industries, Inc., Defendant AMSTAR, |
| | | and DEfendants Gorden, Inc., Colonial Sugar Co., North American |
| | | Sugar Ind., Industrial sugars, Inc., Florida Sugar Refinery, Inc. |
| | | EXTENSION GRANTED TO ALL TO AND INCLUDING JULY 14, 1975 |
| 6/25/75 | | NOTICE -- Notifying Counsel of Extension |
| 6/26/75 | | LETTER -- GREAT WESTERN SUGAR CO. -- OBJECTING TO EXTENSION TO FILE |
| | | RESPONSE in FREEDMAN ACTION |
| 6/27/75 | | APPERANCE -- MICHIGAN SUGAR CO., Timothy D. Wittlinger and NATIONAL |
| | | SUGAR REFINING CO. Lewis M. Koss |
| 6/27/75 | | REQUEST FOR EXTENSION -- MICHIGAN SUGAR CO., NATIONAL SUGAR REFINING |
| | | CO. -- Notified already granted to all. to 7/14 |
| 6/30/75 | | REQUEST FOR EXTENSION -- SUCREST CORP. AND REVERE SUGAR REFINERY |
| | | CO. -- Notified granted to all to 7/14/75 |
| 6 /30/75 | | REQUEST FOR EXTENSION -- CPC INTL. -- Notified granted to all to 7/14/75 |

| Date | Pleading Number | |
|------|------|------|
| 7/1/75 | | NORTHWEST CANDY, INC. V. UTAH-IDAHO SUGAR CO., W.D.WASH C75-86T |
| | | GRIST MILL CO. V. GREAT WEST SUGAR CO., N.D.ILL, 75C1539 |
| | | SCHULZE AND BURCH BISCUIT V. GREAT WESTERN, N.D.ILL, 75C1184 |
| | | MERCHANTS RESTAURANT, INC. V. GREAT WESTERN, N.D.ILL, 75C846 |
| | | EWALD BROTHERS V. GREAT WESTERN, D. MINN. 4-75-117 |
| | | STATE OF MINN V. GREAT WESTERN SUGAR CO., ET AL., D. MINN 4-75-135 |
| | | GENERAL BOTTLERS, INC. V. CALIFORNIA AND HAWAIIAN, C.D.CAL CV75-1324-RJK |
| | | KING KELLY MARMALADE CO. V. DH SUGAR, C.D.CALIF CV75-1340 |
| | | KINGX SCANDIA BAKERY V. C.H. SUGAR CO., S.D.CAL, 75-0184E |
| | | STATE OF OREGON V. UTAHIDAHO SUGAR, 75-0522 |
| | | ITT CONTINENTAL BAKING CO. V. C.H. SUGAR, C.D. CAL CV75-1871 |
| | | ITT CONTINENTAL BAKING CO. V. G.W., C.D.CAL CV75-1870 |
| | | CTOS final today. Notified Transferee Clerk, Transferor Clerks and Transferor judges |
| 7/3/75 | | APPEARANCE -- Maxwell M. Blecher for ITT Continental Baking Co. |
| 7/3/75 | | Milton Freedman v. Amalgamated, Sugar, E.D. Pa., 75-514 |
| | | HEARING ORDER -- July 25, 1975, Minneapolis, Minnesota |
| 7/9/75 | | APPEARANCES -- James D. Fornari for Gulf & Western Industries; |
| | | Laurence Greenwald forSUCREST CORP. |
| | | Stradley, Ronan, Stevens & Young for Revere Sugar Refiner |
| | | Mitchell A. Kramer for Mitchell A. Kramer |
| 7/14/75 | 25. | RESPONSE -- Pltf. Freedman w/cert. of service |
| 7/14/75 | 26. | RESPONSE -- Def. National Sugarbeet Growers Federation w/cert. of service |
| 7/14/75 | 27. | RESPONSE -- Def. Amstar Corporation w/cert. of service |
| 7/14/75 | 28. | RESPONSE -- Def. CPC International w/cert. of service. |
| 7/14/75 | 29 | RESPONSE -- Defs. Borden, Inc., Colonial Sugar Co., North American Sugar Industries, Industrial Sugars, Inc. and Florida Sugar Refinery, Inc. w/cert. of service. |
| 7/14/75 | 30 | RESPONSE -- Defs. Amalgamated Sugar Co., American Crystal Sugar Co., California and Hawaiian Sugar Co., Consoldated Foods Corp. -- Union Sugar Division, Great Western Sugar Co., Holly Sugar Corp., and Utah-Idaho Co., w/cert. of service. |
| 7/14/75 | 31 | RESPONSE -- Def. Savannah Foods & Industries, Inc. w/cert. of service. |
| 7/15/75 | | APPERANCE -- Paul Matzko, Esq. for California & Hawaiian SugarCo. Robert J. Gelhaus, Esq. for Owens Enterprises, Inc., |
| 7/14/75 | 32 | RESPONSE -- NATIONAL SUGAR REFINING CO. w/cert. of service |
| 7/15/75 | 33 | RESPONSE -- SUCREST AND REVERE w/cert. of service |
| 7/15/75 | 34 | RESPONSE -- MICHIGAN SUGAR CO. w/cert. of service |
| 7/16/75 | 35. | RESPONSE -- HOME JUICE CO. w/cert. of service |
| 7/16/75 | | APPEARANCE -- Jerry S. Cohen, Esquire for Home Juice Co. |
| 7-21/75 | | Smith Cookie Co., v. Amalgamated Sugar Co. D. Oregon, 75-616 |
| | | E.O. Hudson v. Savannah Foods Ind. D. SC. 75-1147 |
| | | 1812 Dist. Corp., v. Utah-Idaho Sugar Co., W.D. Wash., 633-72C2 |
| | | CONDITIONAL TRANSFER ORDERS FILED TODAY. NOTIFIED COUNSEL, INVOLVED JUDGES |
| 7/22/75 | | WAIVERS OF ORAL ARGUMENT -- Home Juice Co. and Borden, Inc., Colonial Sugar Co., North American Sugar Industries, SIndustrial Sugars, Inc. and Florida Refinery, Inc. and National Sugarbeet Growers Federation |
| 7/24/75 | | NOTICE OF OPPOSITION, E.O. Hudson v. Savannah Foods, D. SC 75-1147 SAVANNAH FOODS IND. CTO stayed until further order of the Panel. Notified counsel, involved judges. |

| Date | Pleading Number | |
|---|---|---|
| 8/4/75 | | 1812 DIST. CORP., ET AL. V. UTAH IDAHO SUGAR CO., ET.AL., W.D.WASH 633-72C2 |
| | | SMITH COOKIE CO. V. THE AMALGAMATED SUGAR CO., ET AL., D. ORG., 75-616 |
| | |    CTOs final today.  Notified transferee clerk, transferor clerk involved judges. |
| 8/6/75 | | INTERNATIONAL INDUSTRIES, INC., ET AL. V. C-H SUGAR CO., ET AL. C.D. Calif., 75-2463 JWC |
| | | INTERNATIONAL INDUSTRIES, INC., ET AL. V. C-H SUGAR CO., ET AL. C.D. Calif., 75-2464-WMB |
| | | INTERNATIONAL INDUSTRIES, INC., ET AL. V. C-H SUGAR CO., ET AL. C.D. Calif., 75-2489-AAH |
| | | INTERNATIONAL INDUSTRIES, INC., ET AL. V. C-H SUGAR CO., ET AL. C.D. Calif., 75-2490-DWW |
| | | BRESLER ICE CREAM CO. V. GREAT WESTERN SUGAR CO., ET AL., N.D.ILL 75C2427 |
| | |    CTOs filed today.  Notified counsel, involved judges. |
| 8/8/75 | 36 | MOTION AND BRIEF -- SAVANNAH FOODS & INDUSTRIES, INC. to vacate CTO filed on July 21, 1975 w/cert. of service |
| 8/19/75 | | PASSENGERS RESTAURANTS, INC. V. GREAT WESTERN SUGAR CO.., N.D. ILL., 75C2627 |
| | | PANIPLUS CO., ET AL. V. GREAT WESTERN SUGAR CO., ET AL., C.D.CAL CV75-2548-DWW |
| | |    CTO filed today.  Notified counsel, involved judges/ |
| 8/21/75 | | STATE OF COLORADO V. GREAT WESTERN SUGAR CO., ET AL. D. COLORADO  75-F-849 |
| | |    CTO Filed today. Notified Counsel, involved judges |
| 8/21/75 | | Intl. Ind.,Inc. v. Calif & Hawiian Sugar Co., et al., C.D. Cal., 75-2463 |
| | | Intl. Ind., Inc. v. Calif and Hawii an Sugar Co., et al., C. D. Cal 75-2464 |
| | | Intl. Ind., Inc. v. Calif. and Hawaiian Sugar Co., et al., C.D.Cal. 750-2489 |
| | | Orange Julius of America, etc. v. Calif. and Hawaiian Sugar Co. 75-2490  Bresler Ice Cream v. Great Western, N.D. Ill, 75C 2427 |
| | |    CTOs final today.  Notified transferee clerk, judge, involved judges clerk |
| 8/25/75 | 37 | RESPONSE -- AMSTAR (E.O. Hudson) w/cert. of service |
| 8/25/75 | | REQUEST FOR EXTENSION TO FILE RESPONSE (E.O.Hudson)  FROM THE SEVEN "WESTERN" DEFENDANTS -- GRANTED TO AUGUST 29, 1975 |
| 8/27/75 | | SETHNESS GREENLEAF, INC. V. AMALGAMATED SUGAR, N.D.ILL, 75C2834 |
| | | TRI-R VENDING SERVICE CO. V. AMALGAMATED SUGAR, et al., N.D.ILL, 75C2820 |
| | | MILFORD CANNING CO. V. GREAT WESTERN SUGAR CO., N.D.ILL, CA 75C2811 |
| | |    CTOs filed today.  Notified counsel, involved judges |
| 8/29/75 | 38 | RESPONSE TO HUDSON  FROM LUIGI TRATTORIA, INC. w/cert. of service |
| 8/29/75 | 39 | RESPONSE  -- AMALGAMATED SUGAR CO., AMERICAN CRYSTAL, C-H SUGAR CO., GREAT WESTERN SUGR CO., HOLLY SUGAR CORP. to Motion to vacate E. O. Hudson CTO w/cert. of service |
| 8/29/75 | 40 | RESPONSE -- UNION SUGAR (to E. O. Hudson) w/cert. of service |
| 9/2/75 | | HEARING ORDER -- Setting E. O. Hudson, v. Savannah Foods & Ind., D. South Carolina, 75-1147 for hearing, Sep. 26, 1975 Los Angeles, Calif. |
| 8/29/75 | | REQUEST FOR EXTENSION TO FILE -- Louigi Trattoria -- Granted to 8/29/75 |

| Date | Pleading Number | |
|---|---|---|
| 1/20/75 | | TOPSY'S INTERNATIONAL, INC. V. C-H SUGAR CO., ET AL., W.D.MO., 75 CV806-W-2 |
| | | INTERSTATE BRANDS V. C-H Sugar co., N.D. Ill, 75-4410 |
| | | INTERSTATE BRANDS V. GREAT WESTERN SUGAR CO., 75-4411 |
| | | CTOs filed today. Notified counsel, involved judges |
| 2/5/76 | | TOPSY'S INTERNATIONAL INC. V. C-H SUGAR CO., W.D. MO. 75 Cv806-W-2 |
| | | INTERSTATE BRANDS V. C-H Sugar Co., N.D.ILL, 75-4410 |
| | | INTERSTATE BRANDS V. GREAT WESTERN SUGAR CO., 75-4111 |
| | | CTOs final today. Notified clerk, XXXXXXX involved judges |
| 3/19/76 | | RAMIRO MARTINEZ V. GREAT WESTERN SUGAR CO., ET AL., W.D. TEX., SA76CA64 |
| | | PEPSI COLA BOTTLING CO. OF TOPEKA, INC. V. G.W SUGR CO., D. KAN. 76-22-C5 |
| | | CTOs filed today. Notifiecd counsel involved judges |
| 3/25/76 | | THE STATE OF NEVADA ET AL V CALIFORNIA AND HAWAIIAN SUGAR CORP. |
| | | D. NEVADA, CIVIL ACTION NO: R-76-51 |
| | | CTO filed today, Notified counsel involved judges |
| 4/1/76 | | RAMIRO MARTINEZ V. GREAT WESTERN SUGAR CO., ET AL. W.D. TEX. SA76CA64 |
| | | PEPSI COLA BOTTLING CO. OF TOPEKA, INC. V.G.W.SUGAR CO., D. KAN. 76-22-C5 |
| | | CTO final today. Notified involved clerks and judges |
| 4/9/76 | | THE STATE OF NEVADA ET AL. V. CALIFORNIA AND HAWAIIAN SUGAR CO. D. NEV. |
| | | R-76-51 |
| | | CTO final today. notified involved clerks and judges |
| 5/10/76 | | (E-39) MID-AMERICAN DAIRYMEN V. CALIFORNIA & HAWAIIAN SUGAR CO., ET AL. |
| | | W.D. MISSOURI, C.A. NO. 76CV245-W-3 -- CTO filed today. Notified |
| | | counsel, involved judges |
| 5/25/76 | | MID-AMERICAN DAIRYMEN V. CALIFORNIA & HAWAIIAN SUGAR CO., ET AL |
| | | W.D. MISSOURI C.A. NO. 76CV245-W-3 |
| | | CTO final today. notified involved clerks and judges |
| 6/18/76 | | (E-40) M. A. LOPEZ SUPERMARKETS, INC., ET AL. V. GREAT WEATERN SUGAR CO., |
| | | ET AL., S.D. TEXAS, 76-B-95, CTO filed today. Notified counsel |
| | | involved judges |
| 7/7/76 | | E-40 --M.A. Lopes Supermarket, Inc. et al. v. Great Western Sugar |
| | | Co., et al. S.D. Texas 76-B-95 |
| | | CTO final today. Notified involved colerks and judges |
| | | 7/20/76 -- BEE MDL 201A -- Memorandum of Pltfs. Federal Bake Shops, Inc. |
| | | Continental Boffee Co. of Florida and Sethness Greenleaf, Inc |
| | | in opposition to motion to sever and transfer. Cover leter |
| | | attached thereto states that due to the protective order in |
| | | effect in MDL-201 that service on counsel in MDL-201A could |
| | | not be made. Counsel for submitting plaintiffs are attemptin |
| | | to secure consent from all other counsel in MDL-201 to allow |
| | | service of memorandum on MDL-201A counsel. |
| 8/3/76 | 41 | MOTION -- Adopting MDL-201A Response as Brief (A-7) Submitted by |
| | | plaintiffs (E-41, E-42, E-43) w/ cert of service and letter |
| | | explaining conditions of service |
| | | MOTION -- FEDERAL BAKE SHOPS, INC., CONTINENTAL COFFEE CO. OF FLA. |
| | | and SETHNESS GREENLEAF, INC. to transfer E-41, E-42 |
| | | and E-43 to the N.D. California pursuant to 28 U.S.C. |
| | | §1407 |
| 8/10/76 | | ORDER TO SHOW CAUSE WHY ALL ACTIONS TRANSFERRED AND PENDING IN N.D. |
| | | CALIF. UNDER §1407 (MDL-201) AND ALL ACTIONS PENDING AND |
| | | TRANSFERRED TO THE E.D. PENNA. UNDER §1407 (MDL-201A) AND |
| | | NINE ADDITIONAL ACTIONS (SEE MDL-201 E-41, E-42, E-43, E-44 |
| | | E-45, E-46, E-47, E-48 and E-49) SHOULD NOT BE TRANSFERRED |
| | | UNDER 28 U.S.C. 1407 TO A SINGLE DISTRICT FOR COORDINATED |
| | | OR CONSOLIDATED PRETRIAL PROCEEDINGS. NOTIFIED COUNSEL (ALL) |
| | | INVOLVED JUDGES, AND TRANSFEREE JUDGES |

| Date | Pending Number | |
|------|------|---|
| 9/4/75 | | Paniplus Co. v. Great Western Sugar Co., C.D.Cal., CV75-2548 |
| | | Passengers Restaurants, Inc. v. Great Western Sgar Co., N.D. Ill 75C2627 |
| | | CTOs final today.  Notified transferee clerk, involved judges. |
| 9/5/75 | | STATE OF COLORADO V. GREAT WESTERN SUGAR CO. ET AL. D. COLORADO CIVIL ACTION NO. 75 F 849 |
| | | CTOs final today. Notified transferee clerk, involved judges |
| 9/11/75 | | Sethness Greenleaf, Inc. v. Amalgamated Sugar Co., N.D.ILL 75C2834 |
| | | Tri R Vending SVC Co. v. Amalgamated, N.D.Ill, 75C2820 |
| | | Milford Canning Co. V. Great Western Sugar Co., N.D.Ill, 75C2811 |
| | | CTOs final today.  Notified clerks, involved judges |
| 9/19/75 | | Milton W. Freedman, et al. v. Amalgamated Sugar Co., et al., E.D. Penna., C.A. 75-514 -- OPINION ANDORDER DENYING TRANSFER |
| 9/23/75 | | COURTESY FOOD MART, INC ET AL. V. GREAT WESTERN SUGAR CO. ET AL N.D. Ill. CA NO. 75C-2997 CTO FILED FILED TODAY NOTIFIED   INVOLVED COUNSLEL AND JUDGES. |
| 9/23/75 | | WAIVER OF ORAL ARGUMENT -- Plaintiff E. O. Hudson |
| 10/7/75 | | COURTESY FOOD MART, V. GREAT WESTERN SUGAR CO. ET AL.ND ILL. 75C-2997 |
| | | CTO final today. Notified transferee clerk, involved judges |
| 10/20/75 | | KANSAS V. GREAT WESTERN SUGAR CO., D. KANSAS, 75-203-C5 |
| | | CTO filed today.  Notified counsel, involved judges. |
| 10/29/75 | | CONSENT TO TRANSFER -- State of Kansas action -- FOR STATE OF KANSAS |
| 11/5/75 | | KANSAS V. GREAT WESTERN SUGAR CO., D. KANSAS, 75-203-C5 |
| | | CTO FINAL TODAY.  Notified clerk, involved judges |
| 11/6/75 | | ARIZONA V. GREAT WESTERN, D. ARIZ., 75-752 |
| | | CTO filed today.  Notified counsel involved judges |
| 11/21/75 | | ARIZONA V. GREAT WESTERN, D. ARIZ., 75-752 |
| | | CTO Final today.  Notified clerks, involved judges |
| 12/9/75 | | IMPERIAL PRESERVES, INC., ETC. V. Great Western Sugar Co., et al. E. MINN, C.A. No. Civ. 4-75-606 |
| | | GOELITZ CONFECTIONERY CO. v. Amalgamated Sugar Co., et al., N.D. Ill C.A. No. 75C3689 |
| | | CTOS FILED TODAY.  NOTIFIED COUNSEL, INVOLVED JUDGES |
| 12/15/75 | | ORDER -- J. Cahn, E.D. Penna. dismissing following defendants from Freedman action (E-10) Amalgamated Sugar, American Crystal California and Hawaiin Sugar Co., Consolidated Food Corp. Great Western United, Holly Sugar, National Sugarbeet, Utah-Idaho Co., Haven Industries, Inc., Gulf and Western and Puerto Rigo Sugar Co. |
| 12/16/75 | | OPINION AND ORDER transferring E. O. Hudson v. Savannah Foods & Industries, et al., to the N.D. California to be separated and the claims against Savannah Foods & Industries are to be remanded to the D. South Carolina to be further transferred to the E.D. Penna for assignment to J. Edward N. Cahn under 28 U.S.C. §1407 |
| | | The action in the N.D. Calif. will be entitled  E. O. Hudson, Sr., et al. v. Consolidated Foods Corporation and Amstar Corp., |
| 12/22/75 | | APPEARANCE -- ROBERT RAVEN for AMSTAR CORP.  and SPRECKELS |
| 12/29/75 | | IMPERIAL PRESERVES, INC., ETC. V. GREAT WESTERN, D. MINN, 4-75-606 |
| | | GOELITZ CONFECTINARY V. ALMALGAMATED SUGAR, N.D. 75C3689 |
| | | CTOs final today.  Notified transferee clerk, transferor clerks involved judges |

| Date | Pleading Number | |
|------|-----------------|--|
| 8/9/76 | | REQUEST FOR EXTENSION OF TIME -- (1) Counsel for Savannah Foods and Industries and Counsel for (2) Great Western Sugar Co. DENIED |
| 8/9/76 | 420 | E-48 PLAINTIFFS A.C. JORDAN -- Memorandum in opposition to transfer w/cert. of service |
| 8/12/76 | | REQUEST FOR EXTENSION -- AMALGAMATED SUGAR -- Denied |
| 9/1/76 | | HEARING ORDER -- Setting Complete (MDL 201 and MDL 201A) and E-41 through E-49 for hearing, October 1, 1976 San Francisco, California. |

| Date | Pleading Number | RESPONSES TO SHOW CAUSE ORDER FILED 8/9/76 |
|------|------|------|
| 8/27/76 | 42 | RESPONSE -- "Western" Plaintiffs Sterring Committee -- w/Exhibits A, B, C, D and E w/Proof of service on all counsel. in 201 & 201A |
| 8/27/76 | 43 | RESPONSE -- Certain "Western" Defendants (Holly Sugar Corp., Union Sugar Div., Consolidated Foods Corp., and California & Hawaiian Sugar Co. w/certificate of service on all counsel in 201&201A |
| 8/27/76 | 44 | RESPONSE -- American Crystal Sugar Co. (Dissolved NJ Corp.) w/certificate of service. |
| 8/27/76 | 45 | RESPONSE -- Amstar Corporation -- att'd Appendix A and Exhibits I, II and III w/certificate of service on defendants.  (Cover ltr. in correspondence file requests special hearing on this matter |
| 8/27/76 | 46 | MEMORANDUM- Certain Plaintiffs (Greenleaf, Jacquemoux, Continental Coffee Waldorf, A&P Bakery, Federal Bake Shop & Jordan) (sending cert. of svc. -- already served.) |
| 8/27/76 | 47 | RESPONSE -- California Beet Growers Assn., Ltd. w/certificate of service and Appendix A listing actions CBGAS is named in. |
| 8/27/76 | 48 | RESPONSE -- Eastern Defendants (Borden, Colonial, North American Sugar, Industrial Sugars, Sugar Refinery, CPC Inter'l, Michigan Sugar Savannah Foods, SuCrest Corp., RSN Projects, Nat'l Home Prod. Monitor Sugar, South Coast Corp., Glades County Sugar, Everglades, and United Brands) w/affidavit of William W. Sprague, Jr., and certificate of service on all counsel in 201 & 201A |
| 8/27/76 | 49 | RESPONSE -- Great Western Sugar Co. -- w/certificate of service onall counsel in 201 & 201A |
| 8/27/76 | 50 | RESPONSE -- Response of U and I Inc. w/certificate of serivce on al couns |
| 8/27/76 | 51 | RESPONSE -- Amalgamated Sugar Co. -- w/certificates of serivce on counsel |
| 8/27/76 | 52 | RESPONSE -- Plaintiffs' Lead Counsel in Eastern Sugar (Freedman, Luigisi Greenburg, Owen & Mowrey, Pascal's Manale, Montelepre, Stotter & Co., Better Bake Shops, w/certificate of service. |
| 8/30/76 | 53 | RESPONSE -- Supreme Sugar Co., Inc. -- w/certificate of service. |
| 9/1/76 |  | HEARING ORDER -- Setting Complete (MDL-201 and MDL-201A) And E-41 through E-49 for hearing, October 1, 1976 San Francisco, CA. |
| 9/1/76 |  | CERTIFICATE OF SERVICE for Response No. 43 |
| 9/8/76 | 54 | RESPONSE -- CONSOLIDATED FOODS CORP., UNION SUGAR DIV; CALIFORNIA & HAWAII SUGAR CO.; HOLLY SUGAR CORP. w/cert. of service |
| 9/8/76 | 55 | RESPONSE -- WESTERN PLAINTIFFS STEERING COMMITTEE w/cert. of service |
| 9/8/76 | 56 | RESPONSE -- AMSTAR CORP. w/cert. of service |
| 9/8/76 | 5̶6̶ | RESPONSE -- WESTERN PLAINTIFFS w/cert. of service |
| 9/8/76 | 57 | RESPONSE XXXX EASTERN PLAINTIFFS w/cert. of service |
| 9/9/76 | 59 | RESPONSE -- SUPREME SUGAR CO. w/cert. of service |
| 9/10/76 | 60 | RESPONSE -- MOTHERS COOKIE INC., AND ENG SKELL INC. w/cert. of service |
| 9/13/76 | 6̶1̶ | RESPONSE PROOF OF SERVICE OF RESPONSE OF CERTAIN WESTERN PLAINTIFFS |
| 10/6/76 |  | LETTER -- CERTAINX COUNSEL FOR AMERICAN CRYSTAL w/Order re Hearing Proposal |
| 10/8/76 |  | LETTER -- COUNSEL FOR EASTERN BE PLAINTIFFS W/ORDER re Hearing |
| 10/13/76 |  | LETTER -- Correcting -- AMERICAN CRYSTAL SUGAR CO. letter filed 10/6/76 |
| 10/18/76 |  | LETTER -- BUCKEYE SUGARS, INC. no service |
| 1/17/77 |  | OPINION AND ORDER -- Reaffirming MDL-201 and MDL-201A previous orders and transferring E-41 through E-49 to the N.D. Calif. for assignment to Judge George Boldt under 28 U.S.C. §1407 |
| 2/1/77 | 61 | MOTION FOR RECONSIDERATION OF PANEL'S OPINION AND ORDER OF JAN. 17, 1977, AND FOR REMAND OF E-41, E-42, E-43, E-46, E-47, E-48 and E-51 TO THE EASTERN DISTRICT OF PENNSYLVANIA UNDER 28 U.S.C. §1407 from Borden, Inc., Colonial Sugars, North American Sugar Industries Industrial Sugars, Inc., Sugar Refinery of Palm Beach, w/cert. of service. |

JPML FORM 1A                              DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _201_ -- _In re Sugar Industry Antitrust Litigation_

| Date | No. Code | |
|------|----------|---|
| 2/8/77 | 62 | MOTION FOR RECONSIDERATION--MOTION FOR REMAND (O&), 1/17/77 -- GLADES COUNTY SUGAR GROWERS COOPERATIVE ASSN. w/cert. of service |
| 2/9/77 | E-50 | GARCIA V. AMALGAMATED SUGAR CO., ET AL., W.D.TEX., MO-76-CA-71 SHOW CAUSE ORDER FILED -- Notified Counsel, involved judges |
| 2/15/77 | 63 | MEMORANDUM IN OPPOSITION TO MOTION FOR RECONSIDERATION OF THE PANEL'S OPINION AND ORDER OF JANUARY 17, 1977 -- Great Western Sugar Co., Northern Ohio Sugar Co., Godchaux-Henderson Sugar Co., Amalgamated Sugar Corp., U and I Incorp., Union Sugar Division, Consolidated Foods Corp., w/cert. of service. |
| 2/16/77 | 64 | RESPONSE TO MOTION OF BORDEN, INC., ET AL., FOR RECONSIDERATION OF THE PANEL'S OPINION AND ORDER OF JANUARY 17, 1977 -- The South Coast Corporation w/ cert. of service. |
| 2/17/77 | 65 | RESPONSE TO MOTION OF BORDEN -- EASTERN PLAINTIFFS w/cert. of service |
| 2/22/77 | 66 | RESPONSE TO MOTION OF BORDEN -- PLAINTIFFS FEDERAL BAKE SHOPS, INC. EUGENE KLEIN, A&P BAKERY SUPPLY & EQUIP. CO., INC., SETHNESS GREENLEAF, INC., WALDORF BAKERS, INC., A. C. JORDAN, CONTINENTAL COFFEE CO. OF FLORIDA, w/ cert/ of service |
| 2/22/77 | 66 | REQUEST FOR EXTENSION TO REPLY-- BORDEN, ET AL. -- GRANTED to 3/4/77 |
| 2/25/77 | 67 | RESPONSE TO SCO E-50 GARCIA -- SOUTH COAST CORP. w/cert. of service |
| 2/28/77 | 68 | RESPONSE TO ORDER TO SHOW CAUSE WHY THE GARCIA ACTION SHOULD NOT BE TRANSFERRED -- Saul Garcia w/cert. of service. |
| 3/2/77 | 69 | RESPONSE TO ORDER TO SHOW CAUSE IN SAUL GARCIA V. AMALGAMATED SUGAR COMPANY, ET AL. -- Glades County Sugar Growers  Cooperative Assn. w/cert. of service. |
| 3/3/77 | 70 | REPLY MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE PANEL'S OPINION AND ORDER OF JANUARY 17, 1977 -- Defendants Colonial Sugars, et al. w/cert. of service. |
| 3/17/77 | | F-1 A-Barr Sales Co., v. Amalgamated Sugar  Co., et al., N.D.IL., C.A.#77-C-694 |
| | | F-2 McCormick Jr., et al v. Great Western Sugar Co., et al., C.D.CA., C.A.#77-0641-WPG |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY.  Notified involved counsel, and involved judges. |
| 3/28/77 | | ORDER DENYING RECONSIDERATION, REMAND AND TRANSFER OF N.D. CAEIFORNIA ACTIONS TO THE E.D. PA.  filed today.  Notified involved counsel, clerks and judges. (E-41, E-42, E-43, E-§§, F-47, E-48 and E-51) |
| 3/28/77 | | HEARING ORDER -- Setting E-50 Garcia v. Amalgamated Sugar Co., et al., W.D.Tex., C.A. No. MO-76-CA-71 for hearing -- April 22, 1977 Los Angeles, Calif. |
| 4/4/77 | | F-1 A-Barr Sales Co., v. Amalgamated Sugar Co., et al., N.D.Ill., Civil Action No. 77-C-694 |
| | | F-2 James L. McCormick Jr., et al. v. Great Western Sugar Co., et al. C. D. Ca., Civil Action No. 77-0641-WPG |
| | | CONDITIONAL TRANSFER ORDERS FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES. |

JPML FORM 1A – Continuation       DOCKET ENTRIES -- p. __2__

DOCKET NO. __201__ -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 4/19/77 | | WAIVER OF ORAL ARGUMENT -- Glades County Sugar Growers Cooperative Association for 4/22/77 hearing in Los Angeles, California . |
| 5/6/77 | | F-3 Frank S. Kallmeyer, et al. v. California & Hawaiian Sugar Co., etal. C.A.# 77-0288-CV-W2 |
| | | CTO filed today. Notified involved counsel and judges. |
| 5/9/77 | | PETITION FOR WRITS OF MANDAMUS AND PROHIBITION (filed in the Ninth Circuit) by 201A counsel for Colonial Sugars, North American Sugars Industry, Inc., Industrial Sugars, Inc., Borden, Inc. and Sugar Refinery of Palm Beach, Inc., RSN Projects, Inc. and National Sugar Refining Co. Appealing transfer to the N.D. Calif. of E-41, E-42, E-43, E-46, E-47, E-48 and E-51. (NO 77-1993) |
| 5/23/77 | | F-3 Frank S. Kallmeyer, et al. v. California & Hawaiian Sugar Co., etal. C.A. #77-0288-CV-W2 -- CONDITIONAL TRANSFER ORDERS FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES. |
| 6/15/77 | | CONDITIONAL TRANSFER ORDER -- F-4 Sunmark, Inc. v. Amalgamated Sugar Co., et al., N.D. Ill., C.A. No. C77-1714 -- Filed today, notified INVOLVED COUNSEL AND JUDGES. |
| 6/30/77 | | OPINION & ORDER -- TRANSFERRING E-51 Garcia v. Amalgamated Sugar, etal W.D. Texas, C.A. No. MO-76-CA-71 -- to the N.D. Calif. for assignment to Judge Boldt under 28 U.S.C. §1407 NOTIFIED INVOLVED COUNSEL AND JUDGES, Clerks. |
| 7/1/77 | | F-4 Sunmark, Inc. v. Amalgamated Sugar Co., et al., N.D. Ill., Civil Action C77-1714 -- CONDITIONAL TRANSFER ORDER FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES |
| 8/12/77 | | F-5 United Dairymen's Assn. v. Great Western Sugar Co., et al. C.D. Calif., C.A. No. CV77-2838-RMT CTO filed today. Notified counsel, involved judges |
| 8/29/77 | | F-5 UNITED DAIRYMEN'S ASSN. V. GREAT WESTERN SUGAR CO., ET AL. C.D. Calif., C.A. No. CV77-2838-RMT CTO FINAL TODAY. NOTIFIED CLERKS |
| 11/29/77 | | F-6 COCA-COLA BOTTLING CO. OF N.Y., INC. V. AMSTAR CORP., ET AL. E.D.Pa., C.A. No. 77-3614 CTO filed today. Notified involved counsel and judges (emh) |
| 12/14/77 | | F-6 COCA COLA BOTTLING CO. OF N.Y., INC. V. AMSTAR CORP., ET AL. E.D. Pa., C.A. No. 77-3614 |
| | | NOTICE OF OPPOSITION -- Plaintiff Coca Cola Bottling Co. of N.Y. |
| | | NOTICE OF OPPOSITION -- SAVANNAH FOODS & INDUSTRIES, INC., BORDEN, INC COLONIAL SUGAR CO., NORTH AMERICAN SUGAR IND. FLORIDA SUGAR REFINERY, CPC INTERNATIONAL, INC. MICHIGAN SUGAR CO., NATIONAL HOME PRODUCTS Corp., INDUSTRIAL SUGARS, INC., NATIONAL SUGAR REFINING CO. AND SUCREST -- Joint Notice on Behalf of 11 Eastern Defendants |
| 12/29/77 | 71 | MOTION, BRIEF, -- SAVANNAH FOODS & INDUSTRIES, INC., AMSTAR CORP., BORDEN, INC., COLONIAL SUGAR CO., NORTH AMERICAN SUGAR INDUSTRIES, INDUSTRIAL SUGARS, INC. AND FLORIDA SUGAR REFINERY, INC. CPC INTERNATIONAL, MICHIGAN SUGAR CO., NATIONAL HOME PRODUCTS CORP., THE NATIONAL SUGAR REFINING CO., and SUCREST CORP. (EASTERN DEFENDANTS) w/cert of service   to vacate F-6 CTO |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. _3_

DOCKET NO. _201_ -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION

| Date | No. Code | |
|------|----------|---|
| 12/29/77 | 72 | MOTION, BRIEF CERT OF SERVICE TO VACATE CTO (F-6) from Plaintiff Coca Cola Bottling Co. of N.Y. |
| 1/12/78 | 73 | RESPONSE TO MOTION TO VACATE CTO -- (F-6) from Defendants California and Hawaiian Sugar Co., Imperial Sugar Co., and Godchaux Henderson Sugar Co. -- w/cert. of service (cds) |
| 2/8/78 | | ORDER -- (F-6) The Coca-Cola Bottling Co. of N.Y., Inc. v. Amstar Corp., et al. -- plaintiff Coca-Cola's intention to file a motion to amend its complaint in the E.D. Pa. -- notified involved counsel and judges (cds)  ~~done~~ ☐ 3/1/78 ~~granted~~ |
| 3/2/78 | | HEARING ORDER -- Setting F-6 Coca-Cola Bottling Co. of New York, Inc. v. Amstar Corp., et al.,E.D.PA.,C.A.No. 77-3614, for hearing March 31, 1978 in Washington, D.C.          (ea) |
| 3/17/78 | | ORDER -- VACATING HEARING -- notified counsel and judges (cds) |
| 3/17/78 | | LETTER -- Counsel for AMSTAR (201A) Willis requesting Hearing be vacated in F-6(201) Coca-Cola Bottling Co. v. Amstar E.D. Pa., C.A. No. Ix 77-3614 |
| 4/7/78 | | F-6 The Coca-Cola Bottling Company of New York, Inc. v. Amstar Corp., et al., E. D. Pa., C.A.No. 77-3614 ORDER VACATING CONDITIONAL TRANSFER ORDER filed in above case today. Notified involved judges and clerks, involved counsel. (ea) |
| ~~4/20/78~~ | | ~~ORDER ASSIGNING TRANSFEREE JUDGE. Notified involved counsel, involved common clerks and involved judges. Also notified for transferee clerk to send certified copies with docket sheet.~~ (ea) |
| 4/20/78 | | ORDER JOINTLY ASSIGNING JUDGES CAHN AND BOLDT TO HANDLE LITIGATION. Notified involved clerks,judges and liaison counsel. (ea) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 201 -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 9/17/79 | | CONDITIONAL TRANSFER ORDER filed today--G-7 Pepsi Cola General Bottlers,Inc. v. Great Western Sugar Co., et al., N.D.Ill., C.A.No. 79C3401--Notified involved counsel and judges. (ea) |
| 10/3/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. G-7 Pepsi Cola General Bottlers, Inc. v. Great Western Sugar Co., etal., N.D. Ill., C.A.No. 79C3401 -- Notified involved clerks and judges. (ea) |
| 10/29/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- G-8 Borden, Inc. v. Amalgamated Sugar Co., N.D.Ill., C.A.No. 79C3764; G-9 Borden, Inc. v. American Crystal Co., et al., N.D.Ill., C.A.No. 79C3765; G-10 Borden, Inc. v. California And Hawaiian Sugar Co., N.D.Ill., C.A.No. 79C3766. Notified involved counsel and judges. (ea) |
| 79/11/14 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- <br> G-8  Borden v. Amalgamated, N.D. Ill., 79C3764 <br> G-9  Borden v. American Crystal, N.D. Ill, 79C3765 <br> G-10 Borden v. Calif. & Hawaiian, N.D. Ill., 79C3766 <br> -- Notified involved clerks and judges (cds) |
| 80/04/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- <br> G-11 Borden, Inc., et al. v. Great Western Sugar Co.., N.D. Ill., C.A. No. 80 C 1452 <br> NOTIFIED INVOLVED COUNSEL AND JUDGES.  (emh) |
| 80/04/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- G-11 Borden v. Great Western, N. Ill., C.A. 79C 1852. Notified Clerks and  Judges. (ds) |

OPINION AND ORDER, June 2, 1975 **395** F. SUPP. **1271**

OPINION AND ORDER, Sep. 19, 1975 399 F. SUPP. *1391* (1975)

OPINION AND ORDER, Dec. 16, 1975 405 F. SUPP. *1018*

opinion and order Jan 27, 1977 429 F Supp. 1018

DOCKET NO. 201 — JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Filed 9/23/81

### Description of Litigation

IN RE SUGAR INDUSTRY ANTITRUST LITIGATION

OPINION AND ORDER, June 30, 1977 **433** F. Supp. **1**22

### Summary of Panel Action

Date(s) of Hearing(s) 3/31/75  9/26/75  10/1/76  3/31/78

Date(s) of Opinion(s) or Order(s) 6/2/75  9XX9XX9  12/16/75  1/17/77  4/20/28

Consolidation Ordered  XX  Name of Transferee Judge GEORGE H. BOLDT 2nd Judge, E. N CAHN

Consolidation Denied  ___  Transferee District NORTHERN DISTRICT OF CALIFORNIA (E.D PENN.)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Eng-Skell Co. v. California & Hawaiian Sugar Co., et al. | N.D.Cal. SW | C74-2689-SW | | | 4/2/79 | Chicago-West |
| A-2 | Sun Garden Packing Co., etc. v. Consolidated Foods Corp., et al. | N.D.Cal. WHO | C74-2687-WHO | | | 4/2/79 | Calif.-Arizona |
| A-3 | Zim's Restaurants, Inc., etc. v. Utah-Idaho Co., et al. | N.D.Cal. AJZ | C74-2695-AJZ | | | 5/27/77 | Calif.-Arizona |
| A-4 | Paoli's Restaurant, Inc., et al. v. Consolidated Foods Corp., et al. | N.D.Cal. OJC | C74-2711-OJC | | | 5/27/77 | Calif.-Arizona |
| A-5 | Zim's Restaurants, Inc., etc. v. California & Hawaiian Sugar Co., et al. | N.D.Cal. WHO | C74-2698-WHO | | | 10/10/78 | Calif.-Arizona |
| A-6 | Fantasia Confections, Inc., etc. v. Utah-Idaho Co., et al. | N.D.Cal. OJC | C74-2727-OJC | | | 4/2/79 | Calif.-Arizona |
| A-7 | Fantasia Confections, Inc., etc. v. California & Hawaiian Sugar Co., et al. | N.D.Cal. SC | C74-2728-SC | | | 4-2-79 | Calif.-Arizona |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-8 | Raleys, Inc., et al. v. California & Hawaiian Sugar Co., et al. | N.D.Cal. WHO | C75-0041-WHO | | | 4/2/79 | Calif.-Arizona |
| A-9 | Blums of San Francisco, Inc., et al. v. California & Hawaiian Sugar Co., et al. | N.D.Cal. WHO | C75-0017-WHO | | | 4/2/79 | Chicago-West |
| A-10 | Superior Beverage Co., Inc., et al. v. Great Western Sugar Co., et al. | N.D.Ill. Decker | 74C 3756 | 6/2/75 | C75-1121-GHB | 7/27/78 | Chicago-West |
| A-11 | Baldi Candy Co., etc. v. Great Western Sugar Co., et al. | N.D.Ill. McMillen | 75C 225 | 6/2/75 | C75-1122-GHB | 4/2/79 | Chicago-West |
| A-12 | Heinemann's, Inc., et al. v. Great Western Sugar Co., et al. | N.D.Ill. Marovitz | 75C 298 | 6/2/75 | C75-1123-GHB | 4/2/79 | Chicago-West |
| A-13 | State of Illinois v. Great Western Sugar Co., et al. | N.D.Ill. Flaum | 75C 350 | 6/2/75 | C75-1124-GHB | 10/24/79 | Chicago-West |
| B-1 | Plantation Baking Co., Inc., etc. v. Great Western Sugar Co., et al. | N.D.Ill Flaum | 75C418 | 6/2/75 | C75-1125-GHB | 5/27/77 | OSC 2/25 CH amend 2/27 |
| B-2 | Zion Industries, Inc., et al. v. Amalgamated Sugar Co., et al. | N.D. Ill Decker | 75C450 | 6/2/75 | C75-1126-GHB | 4/2/79 | OSC 2/25 CH amend 2/27 |
| B-3 | Treasure Island Foods, Inc., etc. v. Great Western Sugar Co., et al. | N.D.Ill Flaum | 75C486 | 6/2/75 | C75-1127-GHB | 5/27/77 | OSC 2/25 CH amend 2/27 |
| B-4 | Home Juice Co. v. Great Western Sugar Co., et al. | N.D.Ill Marovitz | 75C497 | 6/2/75 | C75-1128-GHB | 5/27/77 | OSC 2/27 CH amend 2/27 |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-5 | The State of Washington, etc. v. Utah-Idaho Sugar Co. *et al* | W.D.Wash *McGovern* | C-75 29T | 6/2/75 | 75-1129-GHB 5/27/77 | | C-H amend to motion 2/27 |
| B-6 | Washington Beverages, Inc., et al v. Utah- Idaho Sugar Co. *et al* | W.D.Wash *Voorhees* | C-75-44T 3 | 6/2/75 | 75-1130-GHB 5/15/79 | | C-H amend to motion 2/27 |
| C-1 | Genesis Group, Inc. v. Great Western Sugar Co., et al. *3/12/75* | N.D. Ill *Kirkland* | 75C669 | 6/2/75 | C75-1120-GHB 7/7/8 | | Amend SCO 2/25/75 |
| | ~~Owens Enterprises, Inc., et al. v. California and Hawaii Sugar Co., et al~~   3/17/75 | N.D. Cal *Wollenberg* | 75-0505 | | | | |
| | ~~Food Mart-Eureka v. California and Hawaiian Sugar Co., Et al.~~   3/17/75 | N.D.Cal *Peckham* | 75-0504 | | | | |
| D-1 | *Seeco, Inc.* ~~SEECO, INC.~~ et al. v. Great Western Sugar Co, et al. | D. Minn *Lord* | Civ 4-75-116 | 6/2/75 | C-75-1131-GHB 3-80 D | *Stipulated at hearing* |
| XYZ-1 | Food Mart-Eureka, Corp., et al. v. California and Hawaiian Sugar Co. et al. | N.D.Cal | 75-504 | | | 4/2/79 | |
| XYZ-2 | Board of Education ~~of Berkeley~~ v. California & Hawaiian Sugar Co. | N.D.Cal | 75-0702 | | | 5-11-78 | |
| XYZ-3 | Owens Enterprises, Inc., et al. v. California and Hawaiian Sugar Co., et al. | N.D.Cal | 75-0505 | | | 4/2/79 | |
| XYZ-4 | State of California v. C-H, et al. | N.D.Cal | 75-1401 | | | 5-14-79 | |
| XYZ-5 | Mother's Cake & Cookie Co. v. C-H Sugar Co., et al. | N.D.Cal | 75-1404 | | | 5/27/77 | |
| XYZ-6 | Zarda Brothers Dairy, Inc. v. C-H Sugar Co., et al. | N.D.Cal | 75-1696 | | | 5/27/77 | |
| XYZ-7 | Brothers Restaurants, Inc. v. Amalgamated Sugar Co, et al. | N.D.Cal | 75-1606 | | | 5/27/77 | |
| XYZ-8 | Steak-O-Rama, Inc., et al. v. Amalgamated Sugar, et al. | N.D.Cal | 75-1674 | | | 4/4/79 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-1 | 1812 Distributing Corp., et al. v. Utah-Idaho Sugar Co., et al. 7-21-75 | W.D.Wash | 633-72C2 | 5-4-75 | C75-1129 | Conw (w/B-5 | |
| E-2 | Northwest Candy, Inc. v. Utah-Idaho Sugar Co., et al. 6/16/75 | W.D.Wash Baldt | C75-86T | 7-1-75 | C75-1454 | 5/15/79 | |
| E-3 | Grist Mill Co., etc. v. Great Western Sugar Co., et al. 6/16/75 | N.D.Ill McGarr | 75C1539 | 7-1-75 | C75-1555-GHB | 5/27/77 | |
| E-4 | Schulze and Burch Biscuit Co. v. Great Western Sugar Co., et al. 6/16/75 | N.D. Ill Kirkland | 75C1184 | 7-1-75 | C75-1554-GHB | 5/27/77 | |
| E-5 | Merchants Restaurant, Inc., etc. v. Great Western Sugar Co., et al. 6/16/75 | N.D. Ill Kirkland | 75C0846 | 7-1-75 | C75-1553-GHB | 7/21/78 | |
| E-6 | Ewald Brothers, Inc., etc. v. GreatWestern Sugar Co., et al. 6/16/75 | D. Minn Lord | Civ. 4-75-117 | 7-1-75 | 75-1455 | 2/27-77 | |
| E-7 | State of Minnesota v. Great Western Sugar Co., et al. 6/16/75 | D.Minn Lord | Civ 4-75-135 | 7-1-75 | 75-1456 | 5/27/77 | |
| E-8 | General Bottlers, Inc. v. California & Hawiian Sugar Co., et al. 6/16/75 | C.D.Cal Kelleher | CV75-1324 RJK | 7-1-75 | C75-1546-GHB | 5/27/77 | |
| E-9 | King Kelly Marmalade Co., et al. v. California and Hawaiian Sugar Co., et al. 6/16/75 | C.D.Cal Hauk | CV75-1340-AAH | 7-1-75 | C75-1545-GHB | 5/27/77 | |
| E-10 | Milton W. Freedman, et al. v. Amalgamated Sugar Co., et al. 6/16/75 | E.D. Pa. Greene | 75-514 | Dismissed | | | SCO 6/16/75 |
| E-11 | Scandia Bkery, etc. v. California and Hawaiian Sugar Co., et al. 6/16/75 | S.D.Cal Enright | 75-0184E | 7-1-75 | C75-1424 | 5/27/77 | |
| E-12 | State of Oregon, etc. v. Utah-Idaho Sugar Co., et al. 6/16/75 | D. Oregon Belloni | 75-0522 | 7-1-75 | C75-1441 | 5/27/77 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-13 | ITT Continental Baking Co. v. Great Western Sugar Co., et al. *6/16/75* | C.D. Cal *Kelleher* | CV75-1870 RJK | 7-1-75 | C75-1544-GHB | 7/16/79 | |
| E-14 | ITT Continental Baking Co. v. California and Hawaiian Sugar Co., et al. *6/16/75* | C.D.cal *Kittle* *KELLEHER* | CV75-1871 LTL RJK | 7-1-75 | C75-1543-GEB | 7/16/79 | |
| E-15 | E. O. Hudson, Sr., et al. v. Savannah Food and Industries, Inc., et al. *7-21-75 OPPOSED* | D.S.C. | 75-1147 | 12-16-75 | 76-0014 | 5/12/81 | |
| E-16 | Smith Cookie Company, v. The Amalgamated Sugar Co., et al. *7-21-75* | D. Org | 75-616 | 8/4/75 | 75-1730 | 5/27/77 | |
| E-17 | Bresler Ice Cream Co. v. Great Western Sugar Co., et al. *8/6/75* | N.D.Ill McMillan | 75C 2427 | 8/21/75 | C75-1908 | 5/27/77 | ✓ |
| E-18 | International Industries, Inc., et al. v. California and Hawaiian Sugar Co. | C.D.Cal | 75-2463 JWC | 8/21/76 | C75-1909 | 1-30-78 | |
| E-19 | International Industries, Inc. et al. v. California and Hawaiian Sugar Co. | C.D.Cal | 75-2464 WMB | 8/21/75 | C75-1910 | 2/6/78 | |
| E-20 | International Industries, Inc. et al. v. California and Hawaiian Sugar Co., et al. *8/6/75* | C.D.Cal | 75-2489 AAH | 8/21/75 | C75-1911 | 1-30-78 | |
| E-21 | Orange Julius of America v. California and Hawaiian Sugar Co., et al. *8/6/75* | C.D.Cal | 75-2490 DWW | 8/21/75 | C75-1912 | 1-30-78 | |
| E-22 | The Paniplus Co., et al. v. Great Western Sugar Co., et al. *8/19/75* | C.D. Cal | CV75-2548DWW | 9/4/75 | 75-1973 | 7/16/79 | |
| E-23 | Passengers Restaurants, Inc. v. Great Western Sugar Co. *8/19/75* | N.D. Ill *McGarr* | 75C2627 | 9/4/75 | C75-2024 | 5/27/77 | |
| E-24 | State of Colorado v. Great Western Sugar Co. et al. *et al.* *8/21/75* | D. Colo | 75-F-849 SGF | 1/5/76 | C75-1931 | 5/27/80 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-25 | Milford Canning Co. v. Great Western Sugar Co., et al. 8/27/75 | N.D.Ill Flaum | 75C2811 | 9/11/75 | C-75-2025 | 5/27/77 | |
| E-26 | Tri-R Vending Service Co. v. Amalgamated Sugar Co., et al. 8/27/75 | N.D.Ill Flaum | 75C2820 | 9/11/75 | C75-2026 | 5/22/77 | |
| E-27 | Sethness Greenleaf Inc. v. Amalgamated Sugar Co., et al. 8/27/75 | N.D.Ill Flaum | 75C2834 | 9/11/75 | C75-2027 | 5/27/77 | |
| E-28 | Courtesy Food Mart, Inc., et al v. Great Western Sugar Co., et al. 9/23/75 | N.D. Ill Flaum | 75C-2997 | 10/7/75 | C75-2247 | 7/21/78 | |
| E-29 | The State of Kansas, etc. v. Great Western Sugar Co., et al. 10/20/75 | D. Kansas | 75-204-c5 | 11/5/75 | C75-2350 | 10/22/79 | |
| E-30 | The State of Arizona v. California and Hawaiian Sugar Co., et al. 11/6/75 | D. Arizona | 75-752-PHX-WPC | 11/21/75 | C75-2581 | 10/22/79 | |
| XYZ-9 | United A. G. Cooperative, Inc. v. Amalgamated Sugar Co, et al. | N.D. Cal | C75-1756 | | | 5/27/77 | |
| XYZ-10 | Missouri Farmers Assoc., et al. v. California and hawaiian Sugar Co., et al. | N.D.Cal | C75-1808 | | | 3/3/80 | |
| XYZ-11 | John's Food Centers, Inc., et al. v. California and Hawaiian Sugar Co., et al. | N.D.Cal | C75-1824 | | | 5/27/77 | |
| XYZ-12 | Benner Tea Co., et al. v. Great Western Sugar Co., et al. | N.D.Cal | C75-1957-GHB | | | 7/16/79 | |
| XYZ-13 | Harold Freund Baking Co., et al v. California & Hawaian Sugar Co. et al. | N.D.Cal | C75-2190 | | | 5/27/77 | |
| XYZ-14 | CFS Continental - L.A. Inc., v. California & Hawiaan Sugar Co., et al. | N.D. Cal | C75-2191 | | | 12/5/75 | |
| XYZ-15 | State of Wisconsin v. Great Western Sugar Co., et al. | N.D. Cal | C75-2400 | | | 10/22/80 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-16 | Schwan's Sales Enterprises, Inc. v. Amalgamated Sugar Co., et al. | N.D.Cal | C75-2457-ACW | | | 5/27/77 | |
| XYZ-17 | American Bakeries Co. v. Amalgamated Sugar Co., et al. | N.D. Cal | C75-2495-GHB | | | 5/15/78 | |
| XYZ-18 | Armand's Inc., et al. v. Utah-Idaho Sugar Co., et al. | N.D. Cal | C75-2561-GHB | | | 7/21/78 | |
| XYZ-19 | International Kings Table, Inc. v. Utah-Idaho Sugar Co., et al. | N.D. Cal | C75-2563-GHB | | | 7/5/77 | |
| XYZ-20 | Clarence Heckel, et al. v. Utah Idaho Sugar Co., et al. | N.D. Cal | C75-2562-GHB | | | 2/2/76 | |
| XYZ-21 | International Kings Table, Inc. v. Utah-Idaho Sugar Co., et al. | N.D.Cal | C75-2564-GHB | | | 1/10/77 | |
| XYZ-22 | Northwest Packing Co., et al. v. Utah-Idaho Sugar Co., et al. | N.D.Cal | C75-2619-GHB | | | 5/27/77 | |
| E-31 | Imperial Preserves, Inc., etc. v. Great Western Sugar Co., et al. 12/9/75 | D. Minn. Larson | Civ.4-75-606 | 12/28/75 | C76-85 | 5/27/77 | |
| E-32 | Goelitz Confectionery Co. v. Amalgamated Sugar Co., et al. 12/9/75 | N.D. Ill McMullen | 75C3689 76-0113 | 12/29/75 | C76-0113 | 5/27/77 | |
| E-33 | Topsy's International, Inc. v. California and Hawaiian Sugar Co., et al. 1-20-75 | W.D.Mo. Collinson | 75CV806-W-2 | 2/5/76 | 76-281 | 6-21/76 | |
| E-34 | Interstate Brands Corp. v. California & Hawaiian Sugar Co. et al. 1-20-75 | N.D.Ill Will | 75-4410 | 2/5/76 | 76-280 | 8/17/79 | |
| E-35 | Interstate Brands Corp. v. Great Western Sugar Co., et al. 1-20-75 | N.D.Ill McMillan | 75-4411 | 2/5/76 | 76-288 | 8/17/79 | |
| XYZ-23 | The State of Indiana v. Great Western Sugar Co. | N.D.CAL | C76-214-GHB | | | 1-8-80 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-36 | Ramiro Martinez, etc. v. Great Western Sugar Co., et al. *3-19-76* | W.D.Tex *Wood* | SA 76 CA 64 | 4/1/76 | 76-701 | 5/27/77 | |
| E-37 | Pepsi-Cola Bottling Co. of Topeka, Inc., v. Great Western Sugar Co., et al. *3-19-76* | D. Kansas *Rogers* | 76-22-C5 | 4/1/76 | 76-702 | 5/27/77 | |
| E-38 | The State of Nevada et al. v. California and Hawaiian Sugar Company, et al. *3/25/76* | D.Nev. *Thompson* | R-76-51 | 4/7/76 | 76-79 | 2/1/79 | |
| E-39 | Mid-America Dairymen, Inc. et al. v. California and Hawaiian Sugar Co., et al. *5/10/76* | W.D.Mo. Becker | 76CV245-W-3 | 5/25/76 | 76-1082 | 10/19/78 | |
| E-40 | M.A. Lopez Supermarket, Inc., et al. v. Great Western Sugar Co., et al. *6/18/76* | S.D.Tex Garza | 76-B-95 | 7/7/76 | 76-1438 | 5/27/77 | |
| XYZ-23 | State of Montana, etc. v. Great Western Sugar Co., et al. | N.D.Cal | C76-533-GBH | | | 1/9/80 | |
| XYZ-24 | DiGiorgio Corp., v. Amstar Corp. | N.D.Cal. | C76-544-RFP | | | 3/19/80 | |
| XYZ-25 | The State of Calif. v. Calif. and Hawaiian Sugar Co., et al | N.D. Cal. | C76-561-Boldt | | | ~~5/14/79~~ 6/4/79 | |
| XYZ-26 | Madelyne Brinker v. Amalgamated Sugar Co. et al. | N.D. Cal | C76-0562-GHB | | | ~~5/14/79~~ 6/4/79 | |

*July 1976 MDL Records*

51   *In*
36   *XYZ*
87   *Pending*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-41 | Sethness Greenleaf, Inc., etc. v. Amalgamated Sugar Co., et al. | N.D.Ill Marshall | 76C 2635 | 1/17/77 | C77-0191 GHB | 9-11/79 | |
| E-42 | Federal Bake Shops, Inc., etc. v. Amalgamated Sugar Co., et al. | N.D.Ill Kirkland | 76C 2637 | 1/17/77 | C77-198 GHB | 9/11/79 | |
| E-43 | Continental Coffee Co. of Florida v. Amalgamated Sugar Co., et al. | N.D.Ill Leighton | 76C2636 | 1/17/77 | C77-0194 GHB | 7/3/79 | |
| E-44 | Farm House Foods Corp. v. Great Western Sugar Co., et al. | N.D.Ill Marshall | 76C2702 | 1/17/77 | C77-195 GHB | 7/29/78 | |
| E-45 | Sambo'S Restaurants, Inc., et al. v. California and Hawaiian Sugar Co. | C.D.Calif | C476-2029-LTL | 1/17/77 | C77-193 GHB | 7/27/78 | |
| E-46 | Eugene Klein, etc. v. Amalgamated Sugar Co., et al. | S.D.Ohio Porter | C-1-76-370 | 1/17/77 | C77-199-GHB | 7/3/79 | |
| E-47 | A & P bakery Supply and Equip. Co., Inv. v. Amstar Corp., et al. | S.D.Fla Aronovitz PT | 76-1164-Civ | 1/17/77 | C77-0200-GHB | 9/11/79 | |
| E-48 | A.C. Jordan, etc. v. Amalgamated Sugar Co., et al. | W.D.Pa. Wilson | 76-878 | 1/17/77 | C77-189-GHB | 9/11/79 | |
| E-49 | State of Missouri, etc. v. Great Western | W.D. Mo. Hunter | 76CV141C | 1/17/77 | C77-192-GHB | 10/22/79 | |
| E-50 | Saul Garcia, d/b/a Airport Grocery, etc. v. Amalgamated Sugar Co.,etal. | W.D.TEX. Suttle | MO-76-CA-71 | 6/30/77 | C77-1449-GHB | 12/22/77 | |
| E-51 | Waldorf Bakers, Inc. v. Amstar Corp., et al. | E.D.Pa. Cahn | 76-1672 | 1/17/77 | C77-191-GHB | 9/11/79? | |

DOCKET NO. 201 -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION -- P. 10

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-27 | West Coast Growers & Packers Inc., v. California & Hawaiian Sugar Co.,et al. | N.D.CA. Burke | C76-1722-LHB | | | 6/23/77 | |
| XYZ-28 | The Bakery, Inc. v. California & Hawaiian Sugar Co., et al. | N.D. CA. Boldt | C76-2166 | | | 3/30/78 | |
| XYZ-29 | Jianas Brothers Candy Co., Inc. v. Great Western Sugar Co., et al. | N.D.CA. Boldt | C76-2194 | | | 4/2/82 | |
| XYZ-30 | TAE Corp., v. Great Western Sugar Co., et al. | N.D.CA. Boldt | C76-2195 | | | 1/29/79 | |
| XYZ-31 | Hawthorn Mellody, Inc. v. Great Western Sugar Co., et al. | N.D.Cal | C77-0128-GHB | | | 1/1/77 | |
| XYZ-32 | The Bakery, Inc. v. Amalgamated Sugar Co., et al. | N.D.Cal | C77-0186-GHB | | | 10/2/78 | |
| F-1 | A-Barr Sales Co., v. Amalgamated Sugar Company, et al. 3/17/77 | N.D.IL. Flaum | 77-C-694 | 4/4/77 | 77-736 | 2/1/79 | |
| F-2 | James L. McCormick Jr., et al. v. Great Western Sugar Co., et al. 3/17/77 | C.D.CA. Gray | 77-0641-WPG | 4/4/77 | 77-735 | 3-1-79 | |
| F-3 | Frank S. Kallmeyer, et al. v. California & Hawaiian Sugar Co, et al. 5/6/77 | W.D.MO. | 77-0288-CV-W2 | 5/23/77 | C77-1110-GHB | 8/28/79 | |
| XYZ-33 | Sambo's Restaurants, Inc., v. Amalgamated Sugar Co., et al. | N.D.Cal | C77-708-GHB | | | 2/8/78 | |

DOCKET NO. 201 -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION                                    -- P. 11

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| F-4 | Sunmark, Inc. v. Amalgamated Sugar Co., et al. | N.D. Ill Marshall | C77-1714 | 7/1/77 | 77-1454 | 10/26/79 | |
| F-5 | United Dairymen's Association v. Great Western Sugar Co., et al. | C.D.Cal | CV77-2838-RMT | 8/29/77 | C77-1994-6HB | 11/30/81 | 4/7/78 order vacating CTO |
| F-6 | Coca-Cola Bottling Co. of New York v. Amstar Corp., et al. | E.D.Pa Cahn | 77-2614 | | | | |
| XYZ-27 | The Dickinson Family, Inc. v. C&H Sugar Co., et al. | N.Cal. | C75-2593-GHB | | | 5/27/77 | |
| XYZ-28 | CFS Continental, et al. v. C&H Sugar Co., et al. | N.Cal | C75-2605-GHB | | | 5/27/77 | |
| G-1 | Pepsi Cola General Bottlers, Inc. v. Great Western Sugar Co., et al. | N.D. Ill Roszkowski | 79C3401 | 10/3/79 | 79-3895 | 1/28/80 | |

SEP 17 1979

DOCKET NO. 201 -- In re Sugar Industry Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| G-8 | Borden, Inc. v. Amalgamated Sugar Co. OCT 29 1979 | N.D.Ill Grady | 79C3764 | 11/14/79 | 79-3361 | 9/23/81 | |
| G-9 | Borden, Inc. v. American Crystal Co., et al. OCT 29 1979 | N.D.Ill Grady | 79C3765 | 11/14/79 | 79-3362 | 9/23/81 | |
| G-10 | Borden, Inc. v. California and Hawaiian Sugar Co. OCT 29 1979 | N.D.Ill Grady | 79C3766 | 11/14/79 | 79-3363 | 10/9/80 | |
| G-11 | Borden, Inc. et al v. The Great Western Sugar Co. 4/7/80 | N.D. ILL Decker | 80 C 1452 | 4-23-80 | 80-1676 | 6/24/81 | |

*July 1980 - 127 TR / 45 V×2 / 38 Dis / 79 Pdg*

*July 1981 " " / 109 Dis / 8 Pdg*

*July 1982 " " 115 Dis / 21 Pdg*

*(117)*

JPML FORM 2

ATTORNEY LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 201A -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION                    pg 1

LIAISON COUNSEL (PLAINTIFFS)
Mitchell A. Kramer, Esquire
Kramer and Salus
313 S. 17th Street
Philadelphia, Pa.  19103

Samel H. Seymour, Esquire
Seymour & Dudley
1225 Connecticut Avenue, N.W.
Washington, D.C.  20036

Joseph D. Tydings, Esquire
Danzansky, Dickey, Tydings,
   Quint & Gordon
1120 Connecticut Avenue, N.W.
Washington, D.C.  20036

LIAISON COUNSEL (DEFENDANTS)
Robert M. Landis, Esquire
Dechert, Price & Rhoads
3400 Centre Square West
1500 Market Street
Philadelphia, Pa.  19102

SHOPWELL, INC., ET AL. (B-2)
Jerome Edelman, Esquire
Jordan Rosenberg, Esquire
26 Court Street
Brooklyn, New York  11242

David Berger, Esq.
H. Laddie Montague, Jr., Esq.
Merrill G. Davidoff, Esq.
1622 Locust St.
Philadelphia, Pa.  19103

COMMONWEALTH OF VIRGINIA (B-3)
John Hardin Young, Esquire
Assistant Attorney General
Supreme Court Building
1101 East Broad Street
Richmond, VA  23219

STATE OF NEW YORK (B-4)
John M. Desiderio, Esq.
Asst. Attorney General
Chief, Anti Monopolies Bureau
Room 4696, 46th Floor
Two World Trade Center
New York, New York  10047

COMMONWEALTH OF MASSACHUSETTS B-5
Francis X. Belloti, Esquire
Attorney General
2019 McCormack Building
One Ashburton  Place
Boston, Massachusetts  02108

STATE OF CONNECTICUT (B-6)
Carl R. Ajello, Attorney General
Gerard J. Dowling, Asst. Attorney General
Office of the Attorney General
30 Trinity Street
Hartford, Connecticut 06115

CITY CLUB BEVERAGE CORP.  B-7
Walton I. Bader, Esquire
Bader and Bader
270 Madison Avenue
New York, New York  10016

CROWN BEVERAGE CORP.  B-8
Sheldon P. Barr, Esquire
370 7th Avenue
New York, New York  10001

STATE OF SOUTH CAROLINA (B-9)
Office of the Attorney General
Harry B. Burchstead, Jr., Esq.
Asst. Attorney General
Wade Hampton St. Ofc. Bldg.
P.O. Box 11549
Columbia, South Carolina  92911

MARTIN BEVERAGE CO., INC. (B-10)
Walton I. Bader, Esquire
Bader and Bader
270 Madison Ave.
New York, New York  10016

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 201 -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION (West Coast)

MDL-201 -- LIAISON COUNSEL (PLAINTIFFS)
Josef D. Cooper, Esquire
Law Offices of Josef D. Cooper
300 Montgomery Street
San Francisco, Calif. 94104

MDL-201 -- LIAISON COUNSEL (DEFENDANTS)
Stephen V. Bomse, Esquire
Heller, Ehrman, White & McAuliffe
30th Floor - Wells Fargo Bldg.
44 Montgomery Street
San Francisco, Calif. 94104

Robert D. Raven, Esquire
Morrison & Foerster
One Market Plaza
Spear Street Tower
San Francisco, Calif. 94501

James F. Kirkham, Esquire
Pillsbury, Madison & Sutro
P.O. Box 7880
San Francisco, California 94102

LIAISON COUNSEL (WESTERN PLAINTIFFS)
William H. Ferguson, Esquire
Ferguson & Burdell
1700 Peoples National Bank Bldg.
Seattle, Washington 98171

MDL-201A -- LIAISON COUNSEL (PLAINTIFFS)
Mitchell A. Kramer, Esquire
Kramer and Salus
1520 Locust Street, 7th Floor
Philadelphia, Pa. 19102

Samuel H. Seymour, Esquire
Seymour & Dudley
1225 Connecticut Ave.
Washington, D.C. 20036

Joseph D. Tydings, Esquire
Danzansky, Dickey, Tydings,
  Quint & Gordon
1120 Connecticut Ave., N.W.
Washington, D.C. 20036

MDL-201A LIAISON COUNSEL (DEFENDANTS)
Robert M. Landis, Esquire
Dechert, Price & Rhoads
3400 Centre Square West
1500 Market Street
Philadelphia, Penna. 19102

CALIFORNIA & HAWAIIAN SUGAR CO.
Bailey Lane, Esquire
Brobeck, Phleger & Harrison
111 Sutter St.
10th Floor
San Francisco, Calif. 94104

HOLLY SUGAR CORP.
Rayner M. Hamilton, Esquire
White & Case
14 Wall Street
New York, New York 10005

CONSOLIDATED FOODS CORP.
Stephen V. Bomse, Esquire

AMERICAN CRYSTAL SUGAR CO.
James R. Madison, Esq.
Orrick, Herrington,
  & Sutcliffe
600 Montgomery Street
San Francisco, Calif. 94111

E. Brooks Keffer, Jr., Esquire
Hart, Childs, Hepburn,
  Ross & Putnam
200 Two Penn Center Plaza
Philadelphia, Penna. 19107

AMALGAMATED SUGAR CO.
Marvin J. Bertoch, Esquire
Ray, Quinney & Nebeker
400 Deseret Building
Salt Lake City, Utah 84111

Robert P. Mallory, Esquire
Lawler, Felix, Hall
700 S. Flower St.
13th Floor
Los Angeles, Calif. 90017

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p.   2

DOCKET NO.   201   __   IN RE SUGAR INDUSTRY ANTITRUST LITIGATION

---

NATIONAL SUGARBEET GROWERS FEDERATION
Richard L. Schrepferman, Esquire
Holme, Roberts & Owen
1701 Broadway
Denver, Colorado   80202

Robert W. Sayre, Esquire
3800 Center Square West
15th and Market
Philadelphia, Penna.

UTHA-IDAHO SUGAR CO.
James F. Kirkham, Esquire

AMSTAR CORP.
Robert D. Raven, Esquire
Morrison & Foerster

Robert M. Landis, Esquire
Dechert, Price & Rhoads

William E. Willis, Esquire
Sullivan & Cromwell
125 Broad Street
New York, New York   10004

BORDEN, INC.: COLONIAL SUGAR CO.;
NORTH AMERICAN SUGAR INDUSTRIES;
INDUSTRIAL SUGARS, INC.;FLORIDA
SUGAR REFINERY, INC.
Edward C. Mengel, Jr., Esquire
White and Williams
1234 Market Street
Philadelphia, Penna.   19107

Thomas F. Ryan, Esquire
Sidley & Austin
One First National Plaza
Chicago, Illinois   60603

GLADES COUNTY SUGAR GROWERS
COOPERATIVE ASSOCIATION
Judith R. Chhn, Esquire
Wolf, Block, Schorr
  and Solis-Cohen
1200 Packard Bldg.
Philadelphia, Pa.   19102

Jack J. Rafter, Jr., Esquire
208 West Ventura Avenue
Clewiston, Florida   33440

PEPSICO, INC.
John L. Altieri, Jr., Esquire
John J. Kirby, Jr., Esquire
Mudge, Rose, Guthrie
  & Alexander
20 Broad Street
New York, New York   10005

REVERE SUGAR REFINERY
S. Gordon Elkins, Esquire
Stradley, Ronon, Sevens & Young
1300 Two Girard Plaza
Philadelphia, Penna.   19102

GREAT WESTERN SUGAR COMPANY
Steven P. Lockman, Esq.
Arnold & Porter
1225 Nineteenth Street, N.W.
Washington, D.C.   20036

NORTHERN OHIO SUGAR CO.
GODCHAUX-HENDERSON SUGAR CO.
Bruce Montgomery, Esquire
Arnold & Porter
1229 19th Street, N.W.
Washington, D.C.   20036

MICHIGAN SUGAR CO.
Timothy D. Wittlinger, Esquire
Hill, Lewis, Adams, Goodrich
  & Tait
3700 Penobscot Bldg.
Detroit, Michigan   48226

CALIFORNIA BEET GROWERS ASSN
James M. Morris, Esquire
Brewer, Patridge & Morris
P.O. Box 270
Stockton, Calif.   95201

SUCREST CORPORATION
Laurence Greenwald, Esquire
Stroock, Stroock & Lavan
61 Broadway
New York, New York   10006

JPML FORM 2A -- Continuation

Attorney List -- p. 3

DOCKET NO. 201 -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION

RSN PROJECTS, INC.
THE NATIONAL SUGAR REFINING CO.
Alan Gelb, Esq.
J. L. Blades, Esq.
Finley, Kumble, Wagner,
Hein & Underberg
425 Park Avenue
N.Y., N.Y.  10022

SUPREME SUGAR CO., INC.
Norman Carpenter, Esquire
Faegre & Benson
Northwestern Bank Bldg.
Minneapolis, Minnesota  55402

IMPERIAL SUGAR CO.
John Jeffers, Jr., Esquire
Baker & Botts 3000 Shell Plaza
Houston, Texas

UNITED BRANDS
Yvette Harmon, Esquire
Chadbourne, Parke,
   Whiteside & Wolff
30 Rockefeller Plaza
New York, New York  10020

SAVANNAH FOODS & INDUSTRIES
John G. Harkins, Jr., Esquire
Pepper, Hamilton & Scheetz
2001 The Fidelity Building
123 S. Broad Street
Philadelphia, Penna.  19109

NATIONAL HOME PRODUCTS CORP.
Henry W. Cornell
2500 Main Place Tower
Buffalo, New York  14202

CPC INTERNATIONAL, INC.
John J. McBaine, Esquire
Lord, Day & Lord
25 Broadway
New York, New York  10004

Stephen W. Armstrong, Esquire
Morgan, Lewis & Bockius
123 South Broad Street
Philadelphia, Penna.  19109

BUCKEYE SUGARS, INC.
Paul H. Cunningham, Esquire
Recker, Cunningham & Cunningham
114 North Oak Street
Ottawa, Ohio  45875

AMERICAN CRYSTAL SUGAR CO.
   OF MOORHEAD, MINN
Leon Goodrich, Esquire
Oppenheimer, Wolff, Foster,
   Shepard and Donnelly
W-1781 First National Bank Bldg.
St. Paul, Minn.  55101

THE SOUTH COAST CORP.
W. Donald McSweeney, Esquire
Schiff, Hardin & Waite
7200 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606

COCA-COLA BOTTLING CO. OF N.Y. (F-6
Frederick P. Furth, Esquire
Furth, Fahrner & Wong
235 Montgomery St.
Suite 1330
San Francisco, Calif.  94104

PEPSI COLA GENERAL BOTTLERS, INC.
   G-7

   Robert Kirby, Esquire
   Lawrence Lawless, Esquire
   One Illinois Center
   111 East Wacker Drive
   Chicago, Illinois  60601

BORDEN, INC. (G-8, G-9, G-10)
H. Blair White, Esquire
Thomas F. Ryan, Esquire
David M. Schifferman, Esquire
Sidley & Austin
One First National Plaza
Chicago, Illinois  60603

BORDEN, INC.; ETC. ET AL (G-11)
Michael A. Doyle, Esq.
Alston, Miller & Gaines
1200 C&S National Bank Building
35 Broad Street, N.W.
Atlanta, Georgia 30303

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 201 -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | ENG-SKELL COMPANY (A-1)<br>John H. Boone, Esquire<br>Law Offices of Frederick P. Furth<br>235 Montgomery Street, Suite 1330<br>San Francisco, California  94104 | AMALGAMATED SUGAR COMPANY<br>Marvin J. Bertoch, Esquire<br>Ray, Quinney & Nebeker<br>400 Deseret Building<br>Salt Lake City, Utah  84111 |
| | PAOLI's RESTAURANT (A-4)<br>SUN GARDEN PACKING COMPANY (A-2)<br>Darrell Salomon, Esquire<br>Law Offices of Joseph L. Alioto<br>111 Sutter Street, Suite 2100<br>San Francisco, California  94104 | AMERICAN CRYSTAL SUGAR COMPANY OF<br>MOORHEAD, MINNESOTA<br>Leon R. Goodrich, Esquire<br>Oppenheimer, Wolff, Foster,<br>Shepard and Donnelly<br>W-1781 First National Bank Bldg.<br>Saint Paul, Minn.  55101 |
| | ZIM'S RESTAURANTS, INC. (A-3 & A-5)<br>FANTASIA CONFECTIONS, INC. (A-6 & A-7)<br>David B. Gold, Esquire<br>105 Montgomery Street<br>Suite 1100<br>San Francisco, California  94104 | AMERICAN CRYSTAL SUGAR COMPANY<br>James R. Madison, Esquire<br>Orrick, Herrington, Rowley &<br>Sutcliffe<br>Eleventh Floor<br>600 Montgomery Street<br>San Francisco, California 94111 |
| | RALEYS, INC. (A-8)<br>Guido Saveri, Esquire<br>111 Sutter Street, Suite 2100<br>San Francisco, California  94104 | CALIFORNIA AND HAWAIIAN SUGAR COMPANY<br>**Bailey Lane, Esq.**<br>**Brobeck, Phleger & Harrison**<br>One Market Plaza |
| | BLUMS OF SAN FRANCISCO, INC. (A-9)<br>Josef D. Cooper, Esquire<br>Cooper & Scarpulla<br>300 Montgomery Street<br>San Francisco, California  94104 | **Spear Street Tower**<br>**San Francisco, California**  94105 |
| | SUPERIOR BEVERAGE COMPANY, INC. (A-10)<br>Perry Goldberg, Esquire<br>Specks & Goldberg, Ltd.<br>120 S. LaSalle Street<br>Chicago, Illinois  60603 | HOLLY SUGAR CORPORATION<br>Rayner M. Hamilton, Esquire<br>White & Case<br>14 Wall Street<br>New York, New York  10005 |
| | BALDI CANDY COMPANY (A-11)<br>James E. Beckley, Esquire<br>Roan & Grossman<br>120 S. LaSalle Street<br>Chicago, Illinois  60603 | NATIONAL SUGARBEET GROWERS FEDERATION<br>Richard L. Schrepferman, Esquire<br>Holme Roberts & Owen<br>1700 Broadway<br>Suite 1800<br>Denver, Colorado  80290 |

LC -- Appointed by J. Boldt's Pretrial Order No. 1 (July 24, 1975)

| No. | Plaintiff | |
|---|---|---|

HEINEMANN'S INC. (A-12)
  Jerome H. Torshen, Esquire
  Torshen, Fortes & Eigler, Ltd.
  11 South LaSalle Street
  Chicago, Illinois  60603

STATE OF ILLINOIS (A-13)
  Jerrold E. Salzman, Esquire
  Freeman, Freeman & Salzman
  Suite 3200
  One IBM Plaza
  Chicago, Illinois  60611

TREASURE ISLAND FOODS, INC. (B-3)
  Robert S. Atkins, Esquire
  Freeman, Freeman & Atkins
  100 W. Monroe, Suite 2100
  Chicago, Illinois  60603

PLANTATION BAKING CO., INC. (E-1)
  Michael J. Freed, Esquire
  Much Shelist Freed Denenberg
    & Ament
  105 West Madison Street
  Chicago, Illinois  60602

ZION INDUSTRIES, INC.   (B-2)
  James B. Sloan, Esquire
  Sloan and Bragiel
  111 West Washington Street
  Chicago, Illinois

GENESIS GROUP , INC.   (C-1)
  Lawrence Walner, Esquire
  221 N LaSalle Street
  Chicago, Illinois  60601

STATE OF WASHINGTON (B-5)
  Thomas L. Boeder, Esquire
  1266 Dexter Horton Bldg.
  Seattle, Washington  98104

WASHINGTON BEVERAGE, (B-6)
  Albert R. Malanca, Esquire
  Gordon Thomas Honeywell Malanca
  Peterson O'Hern & Johnson
  2200 One Washington Plaza
  Tacoma, Washington  98402

---

THE GREAT WESTERN SUGAR Company
  Bruce L. Montgomery, Esquire
  Arnold & Porter
  1229 - 19th Street, N.W.
  Washington, D. C.  20036

UTAH-IDAHO SUGAR COMPANY   (U&I Inc.)
  James F. Kirkham, Esquire
  Pillsbury, Madison & Sutro
  225 Bush Street
  San Francisco, California  94104

UNION SUGAR DIVISION, CONSOLIDATED
FOODS CORPORATION
  Stephen V. Bomse, Esquire
  Heller, Ehrman, White & McAuliffe
  Thirtieth Floor
  Wells Fargo Building
  44 Montgomery Street
  San Francisco, Calif.  94104

AMSTAR CORP., AND SPRECKELS SUGAR DIV.
  Robert D. Raven, Esquire
  Morrison & Foerster
  One Market Plaza
  Spear Street Tower
  San Francisco, California  94105

HOME JUICE COMPANY (B-4)
  Jerry S. Cohen, Esquire
  Harold E. Kohn, Esquire
  Attorneys at Law
  1214 IVB Building
  1700 Market Street
  Philadelphia, Pa.  19103

1812 DISTRIBUTING CORP., ET AL (E-1)
  Wm. H. Ferguson, Esquire
  Thomas J. Greenan, Esquire
  Ferguson & Burdell
  929 Logan Building
  Seattle, Washington  98101

  James L. Magee, Esquire
  MacBride, Sax and MacIver
  1001 Fourth Avenue, Suite 3712
  Seattle, Washington  98154

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MDL-201 -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION
MDL-201A -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION (EAST COAST)
        MAILING LIST

| No. | ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|---|
| | MDL-201 -- LIAISON COUNSEL (PLAINTIFFS) | MDL-201A LIAISON COUNSEL |
| | Josef D. Cooper, Esquire | FOR DEFENDANTS |
| | Cooper & Scarpulla | Robert M. Landis, Esquire |
| | 300 Montgomery Street | Dechert, Price & Rhoads |
| | San Francisco, California  94104 | 3400 Centre Square West |
| | | 1500 Market Street |
| | MDL-201 -- LIAISON COUNSEL (DEFENDANTS) | Philadelphia, Penna.  19102 |
| | Stephen V. Bomse, Esquire | |
| | Heller, Ehrman, White & McAuliffe | SETHNESS GREENLEAF,INC. |
| | 30th Floor - Wells Fargo Bldg. | FEDERAL BAKE SHOPS, INC. |
| | 44 Montgomery Street | Perry Goldberg, Esquire |
| | San Francisco, Calif.  94104 | Specks & Goldberg |
| | | 120 South LaSalle Street |
| | Robert D. Raven, Esq. | Chicago, Illinois  60603 |
| | Morrison & Foerster | |
| | One Market Plaza | CONTINENTAL COFFEE COMPANY OF |
| | Spear Street Tower | FLORIDA |
| | San Francisco, Calif.  94501 | Sheldon O. Collen, Esquire |
| | James F. Kirkham, Esquire | Robert J. Rubin, Esquire |
| | Pillsbury, Madison & Sutro | Friedman & Koven |
| | P.O. Box 7880 | 208 S. LaSalle Street |
| | San Francisco, California  94120 | Chicago, Illinois  60604 |
| | | |
| | LIAISON COUNSEL (WESTERN PLAINTIFFS) | FARM HOUSE FOODS CORP. |
| | William H. Ferguson, Esquire | Donald I. Resnick, Esquire |
| | Ferguson & Burdell | Arvey, Hodes, Costello & |
| | 1700 Peoples National Bank Bldg. | Burman |
| | Seattle, Washington  98171 | 180 N. LaSalle Street |
| | | Chicago, Illinois  60601 |
| | MDL-201A -- LIAISON COUNSEL (PLAINTIFFS) | |
| | Mitchell A. Kramer, Esquire | SAMBO'S RESTAURANTS, INC., ET AL. |
| | Kramer and Salus | Elwood S. Kendrick, Esquire |
| | 1520 Locust St., 7th Floor | Kendrick, Netter, Orr |
| | Philadelphia, Penna.  19102 | & Bennett |
| | | Suite 1200 |
| | Samuel H. Seymour, Esq. | 612 South Flower St. |
| | Seymour & Dudley | Los Angeles, Calif.  90017 |
| | 1225 Connecticut Ave. | |
| | Washington, D.C.  20036 | EUGENE KLEIN, ETC. |
| | | Gene Mesh, Esquire |
| | Joseph D. Tydings, Esquire | Suite 2005 |
| | Danzansky, Dickey, Tydings, Quint & | Central Trust Tower |
| | Gordon | Cincinnati, Ohio  45202 |
| | 1120 Connecticut Avenue, N.W. | |
| | Washington, D.C.  20036 | |

No.

A&P. BAKERY SUPPLY AND
  EQUIPMENT CO.
STATE OF MISSOURI
John C. Danforth, Esquire
Attorney General
Supreme Court Building
Jefferson City, Missouri 65101

A. C. JORDAN, ETC.
Howard A. Specter, Esquire
Litman, Litman, Harris & Specter
1320 Grant Building
Pittsburgh, Penna.  15219

CALIFORNIA & HAWAIIAN SUGAR CO.
Bailey Lane, Esquire
Brobeck, Phleger & Harrison
111 Sutter St.
10th Floor
San Francisco, Calif.  94104

HOLLY SUGAR CORP.
Rayner M. Hamilton, Esquire
White & Case
14 Wall Street
New York, New York  10005

CONSOLIDATED FOODS CORP.
LIAISON COUNSEL FOR DEFENDANTS
(MDL-201)
Stephen V. Bomse, Esquire
Heller, Ehrman, White &
  McAuliffe

AMERICAN CRYSTAL SUGAR CO.
James R. Madison, Esquire
Orrick, Herrington
  & Sutcliffe
600 Montgomery Street
San Francisco, Calif.  94111

E. Brooks Keffer, Jr., Esquire
Hart, Childs, Hepburn,
  Ross & Putnam
200 Two Penn Center Plaza
Philadelphia, Penna.  19107

AMALGAMATED SUGAR CO.
Marvin J. Bertoch, Esquire
Ray, Quinney & Nebeker
400 Deseret Building
Salt Lake City, Utah  84111

  Robert P. Mallory, Esq.
  Lawler, Felix & Hall
  700 S. Flower St.
  13th Floor
  Los Angeles, CA 90017

NATIONAL SUGARBEET GROWERS
FEDERATION
Richard L. Schrepferman, Esquire
Holme, Roberts & Owen
1701 Broadway
Denver, Colorado,  80202

Robert W. Sayre, Esquire
3800 Center Square West
15th and Market
Philadelphia, Pa.

UTAH-IDAHO SUGAR CO.
James F. Kirkham, Esquire
Pillsbury, Madison & Sutro
LIAISON COUNSEL FOR DEFENDANTS
  MDL-201

AMSTAR CORP.
Robert D. Raven, Esquire
Morrison & Foerster
LIAISON COUNSEL FOR DEFENDANTS
MDL-201

Robert M. Landis, Esquire
Dechert, Price & Rhoads
LIAISON COUNSEL FOR DEFENDANTS
MDL-201A

  William E. Willis, Esq.
  Sullivan & Cromwell
  125 Broad Street
  New York, New York 10004

BORDEN INC; COLONIAL SUGAR CO.;
NORTH AMERICAN SUGAR INDUSTRIES;
INDUSTRIAL SUGARS, INC.; FLORIDA
SUGAR REFINERY, INC.
Edward C. Mengel, Jr., Esquire
White and Williams
1234 Market Street
Philadelphia, Penna.  19107

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 201  --  In re Sugar Industry Antitrust Litigation

| Plaintiff | Defendant |
|---|---|
| 1812 DISTRIBUTING CORP. (E-1)<br>NORTHWEST CANDY CO. (E-2)<br>Wm. H. Ferguson, Esquire<br>Thomas G. Greenan, Esquire<br>James E. Hurt, Esquire<br>Ferguson & Burdell<br>1700 Peoples National Bank Bldg.<br>Seattle, Washington 98171 | Local Defense Counsel for Freedman (E-10)<br><br>AMALGAMATED SUGAR CO.<br>Robert P. Mallory, Esq.<br>Lawler, Felix & Hall<br>700 S. Flower St.<br>Thirteenth Fl.<br>Los Angeles, CA 90017 |
| GRIST MILL CO., ETC. (E-3)<br>Lowell E. Sanchnoff, Esquire<br>Sanchnoff, Schrager, Jones & Weaver<br>One IBM Plaza, Suite 4700<br>Chicago, Illinois 60611 | AMERICAN CRYSTAL SUGAR CO.<br>E. Brooks Keffer, Jr., Esquire<br>Hart, Childs, Hepburn, Ross &<br>Putnam<br>200 Two Penn Center Plaza<br>Philadelphia, Penna. 19107 |
| MERCHANTS RESTAURANT INC., ETC. (E-5)<br>Edward A. Berman, Esquire<br>Lewis W. Schlifkin, Esquire<br>134 N. LaSalle Street<br>Chicago, Illinois 60602 | AMSTAR CORP.<br>Robert M. Landis, Esquire<br>Dechert, Price & Rhoads<br>3400 Centre Square West<br>1500 Market Street<br>Philadelphia, Pa. 19102 |
| SEECO CORP. (D-1)<br>EWALD BROTHERS, INC. (E-6)<br>John A. Cochrane, Esquire<br>Cochrane & Bresnahan<br>Suite 500 Cochrane & Bresnahan Bldg.<br>360 Wabasha St.<br>St. Paul, Minnesota 55102 | BORDEN INC., COLONIAL SUGAR CO.<br>NORTH AMERICAN SUGAR INDUSTRIES,<br>INDUSTRIAL SUGARS, INC.<br>FLORIDA SUGAR REFINERY, INC.<br>Edward C. Mengel, Jr., Esquire<br>White & Williams<br>1900 Land Title Building<br>S. W. Corner Broad at Chestnut<br>Philadelphia, Pa. 19110 |
| STATE OF MINNESOTA (E-7)<br>Paul C. Sprenger, Esquire<br>Johnson & Sands<br>700 First National Bank Bldg.<br>Minneapolis, Minn. 55402 | CALIFORNIA AND HAWIIAN SUGAR CO.<br>Paul Matzko, Esquire<br>Krusen, Evans and Byrne<br>21 South 12th Street<br>Philadelphia, Pa. 19107 |
| GENERAL BOTTLERS, INC. (E-8)<br>Elwood S. Kendrick, Esquire<br>Kendrick and Subkow<br>612 South Flower Street<br>Los Angeles, Calif. 90017 | CPC INTERNATIONAL<br>Stephen W. Armstrong, Esq.<br>Morgan, Lewis & Brockius<br>2300 The Fidelity Building<br>123 S. Broad Street<br>Philadelphia, Penna. 19109 |
| KING KELLY MARMALADE CO. (E-9)<br>Harold E. Kohn, Esquire<br>1214 IVB Building<br>1700 Market Street<br>Philadelphia, Penna. 19103 | |

| Plaintiff | Defendant |
|---|---|
| MILTON W. FREEDMAN, ET AL. (E-10)<br>Mitchell A. Kramer, Esquire<br>Kramer and Salus<br>303 S. 17th Street<br>Philadelphia, Pa.  19103 | GULF AND WESTERN INDUSTRIES, INC.<br>SOUTH PUERTO RICO SUGAR CO.<br>James D. Fornari, Esquire<br>Schnader, Harrison, Segal & Lewis<br>1719 Packard Bldg.<br>Philadelphia, Pa  19102 |
| SCANDIA BAKERY (E-10)<br>David G. Burney, Esquire<br>Annette Santucci, EsquireByrn<br>Bryans & Burney<br>Wells Fargo Bldg., Suite 1100<br>1007 Fifth Avenue<br>San Diego, Calif.  92101 | MICHIGAN SUGAR CO.<br>Timothy D. Wittlinger, Esquire<br>Hill, Lewis, Adams, Goodrich & Tait<br>3700 Penobscot Bldg.<br>Detroit, Michigan  48226 |
| STATE OF OREGON (E-11)<br>Stephen L. Dunne, Esq.<br>Asst. Attorney General<br>100 State Office Building<br>Salem, Oregon  97310 | NATIONAL SUGAR REFINING CO.<br>Lewis Koss, Esquire<br>Goldstein, Shames & Hyde<br>655 Madison Avenue<br>New York, New York  10021 |
| ITT CONTINENTAL BAKING CO.<br>(E-12 & E-13)<br>Maxwell Blecher, esquire<br>612 South Flower St.<br>Suite 1250<br>Los Angeles, Calif.  90017 | NATIONAL SUGARBEET GROWERS FEDERATION<br>Robert W. Sayre, Esquire<br>3800 Center Square West<br>15 and Market<br>Philadelphia, Pa. |
| OWENS ENTERPRISES, INC., ET AL.<br>Robert J. Gelhaus, Esq.<br>360 Pine Street<br>Suite 600<br>San Francisco, Calif. 94104 | SAVANNAH FOODS & INDUSTRIES, INC.<br>John G. Harkins, Jr., Esquire<br>Pepper, Hamilton & Scheetz<br>2001 The Fidelity Bldg.<br>123 South Broad Street<br>Philadelphia, Pa.  19109 |
| E. O. HUDSON, SR., ET AL. (E-15)<br>Harris A. Marshall, Jr., Esq.<br>P.O. Box 21<br>orangeburg, South Carolina 29115 | REVERE SUGAR REFINERY<br>S. Gordon Elkins, Esquire<br>Stradley, Ronon, Stevens & Young<br>1300 Two Girard Plaza<br>Philadelphia, Pa.  19102 |
| J. Nat Hamrick, Esquire<br>Hamrick and Hamrick<br>P.O. Box 470<br>Rutherfordton, North Carolina | UNITED BRANDS CO., INC.<br>M. Robert Gallop, Esquire<br>200 Park Avenue<br>New York, New York  10017 |
| SMITH COOKIE CO. (E-16)<br>Henry A. Carey, Esq.<br>James Kirkham Johns, Esquire<br>1004 Standard Plaza<br>Portland, Oregon  97204 | SUCREST CORP.<br>Laurence Greenwald, Esquire<br>Strook & Strook & Lavan<br>61 Broadway<br>New York, New York 10006 |
| | AMSTAR CORP. (E-15) Defendant<br>William E. Willis, Esq.<br>Sullivan & Cromwell<br>48 Wall Street<br>New York, New York 10005 |
| | IMPERIAL SUGAR CO.<br>John Jeffers Jr., Esq.<br>Baker and Botts<br>3000 Shell Plaza<br>Houston, Texas |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 201   --   IN RE SUGAR INDUSTRY ANTITRUST LITIGATION

---

A-BARR SALES CO. (F-1)
George W. Hamman, Esquire
7 South Dearborn St.
Suite 1507
Chicago, Illinois  60603

Marvin N. Benn, Esquire
134 N. LaSalle Street
Suite 2222
Chicago, Illinois  60602

JAMES L. MCCORMICK, JR., ET. AL. (F-2)
Floyd R. Brown, Esquire
26092 Getty Drive
Laguna Miguel, CA  92677

U AND I INCORPORATED  (DEFT.)
Harry P. Thomson, Esq.
Shughart, Thomson & Kilroy
900 Commerce Bank Bldg.
922 Walnut
Kansas City, Missouri 64106

FRANK S. KALLMEYER, ET AL. (F-3)
Kevin E. Glynn, Esq.
Barr, Glynn & Morris
10 Plaza Point
4901 Wornall Road
Kansas City, Mo. 64112

SXBNARXMXHBBXXXK

SUNMARK, INC. (F-4)
Jill Nickerson, Esquire
George W. Hamman, Esq.
7 S. Dearborn St.
Suite 1507
Chicago, Ill  60603

Marvin N. Benn, Esq.
134 N. LaSalle St.
Suite 2222
Chicago, Illinois  60602

BORDEN, INC.
NORTH AMERICAN SUGAR INDUSTRIES
COLONIAL SUGARS
FLORIDA SUGAR REFINERY, INC.
INDUSTRIAL SUGARS, INC.
Thomas F. Ryan, Esquire
Sidley & Austin
One First National Plaza
Chicago, Illinois  60603

UNITED DAIRYMEN'S ASSOCIATION (F-5)
Stephen A. Lenske, Esquire
Karno & Fisher
16255 Ventura Boulevard
Encino, Calif.  91436

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MDL-201 -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION
MDL-201A -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION (EAST COAST)
            MAILING LIST

| No. | ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|---|
| | GREAT WESTERN SUGAR CO.<br>NORTHERN OHIO SUGAR CO.<br>GODCHAUX-HENDERSON SUGAR CO.<br>Bruce Montgomery, Esquire<br>Arnold & Porter<br>1229 19th Street, N.W.<br>Washington, D. C.  20036<br><br>MICHIGAN SUGAR CO.<br>Timothy D. Wittlinger, Esquire<br>Hill, Lewis, Adams, Goodrich<br>  & Tait<br>3700 Penobscot Building<br>Detroit, Michigan  48226 | IMPERIAL SUGAR CO.<br>John Jeffers, Jr., Esq.<br>Baker & Botts<br>3000 Shell Plaza<br>Houston, Texas<br><br>GLADES COUNTY SUGAR GROWERS<br>COOP. ASSN.<br>Jack Rafter, Esquire<br>P.O. Box 756<br>Clewiston, Florida  33440<br><br>UNITED BRANDS<br>Yvette Harmon, Esquire<br>Chadbourne, Parke<br>  Whiteside & Wolff<br>30 Rockefeller Plaza<br>New York, New York  10020<br><br>SAVANNAH FOODS & INDUSTRIES<br>John G. Harkins, Jr., Esquire<br>Pepper, Hamilton & Scheetz<br>2001 The Fidelity Building<br>Philadelphia, Pa.  19109 |
| | CALIFORNIA BEET GROWERS ASSN.<br>James M. Morris, Esquire<br>Brewer, Patridge & Morris<br>P.O. Box 270<br>Stockton, Calif.  95201<br><br>SUCREST CORPORATION<br>Laurence Greenwald, Esquire<br>Stroock, Stroock & Lavan<br>61 Broadway<br>New York, New York  10006<br><br>RSN PROJECTS, INC.<br>THE NATIONAL SUGAR REFINING CO.<br>Lewis Koss, Esq.<br>Goldstein, Shames & Hyde<br>655 Madison Avenue<br>New York, New York  10021<br><br>SUPREME SUGAR CO., INC.<br>Norman Carpenter, Esquire<br>Faeger, & Benson<br>Northwestern Bank Bldg.<br>Minneapolis, Minnesota  55402 | NATIONAL HOME PRODUCTS CORP.<br>Henry W. Cornell, III, Esquire<br>Berg & Cornell<br>2500 Main Place Tower<br>Buffalo, New York  14202<br><br>CPC INTERNATIONAL, INC.<br>John J. McBaine, Esquire<br>Lord, Day & Lord<br>25 Broadway<br>New York, New York  10004<br><br>Stephen W. Armstrong, Esq.<br>Morgan, Lewis & Bockius<br>123 S. Broad Street<br>Philadelphia, Penna.  19109 |

| No. | ~~XXXXXXXXXX~~ ~~Plaintiff~~ | ~~Defendant~~ |
|-----|------------------------------|---------------|

~~SOUTH DOWNS SUGARS~~
~~Canal LaSalle Bldg.~~
~~Box 52~~
~~New Orleans, Louisiana~~ 70112

~~SOUTH COAST SUGAR CO.~~
~~P.O. Box 2636~~
~~Houma, Louisiana~~ 70360

~~MONITOR SUGAR CO.~~
~~2600 S. Euclid Avenue~~
~~Bay City, Michigan 48706~~

BUCKEYE SUGARS, INC.
Ottowa, Ohio 45875

AMERICAN CRYSTAL SURAR CO.
MOORHEAD, MINN.
Leon Goodrich, Esquire
Oppenheimer, Wolff, Foster,
Shepard and Donnelly
W-1781 First National Bankd Bldg.
St. Paul, Minn.  55101


THE SOUTH COAST CORPORATION
W. Donald McSweeney, Esquire
Schiff, Hardin & Waite
7200 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606

MONITOR SUGAR CO.
John K. Cannon, Esquire
Dykema, Gossett, Spencer,
  Goodnow & Trigg
2700 City National Bank Building
Detroit, Michigan  48226

SOUTH DOWNS SUGARS, INC.
Richard K. Decker, Esquire
Lord, Bissell & Brook
115 South LaSalle STreet
Chicago, Illinois  60603

BUCKEYE SUGARS, INC.
Paul H. Cunningham, Esq.
Recker, Cunningham &
  Cunningham
114 Norhh Oak Street
Ottawa, Ohio  45875

**ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKET NO. 201 -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | BRESLER ICE CREAM CO. (E-17)<br>Harold E. Kohn, Esq. (E-9)<br><br>Elwood S. Kendrick, Esq. (E-8)<br><br>Barry Kroll, Esquire<br>Jacobs, Williams & Montgomery<br>20 N. Wacker Drive<br>Chicago, Illinois<br><br>INTERNATIONAL INDUSTRIES, INC.<br>  ET AL. (E-18, E-19, E-20)<br>ORANGE JULIUS OF AMERICA (E-21)<br><br>  Elwood S. Kendricks, Esq. (E-8)<br>  Harold E. Kohn, Esq. (E-9)<br><br>THE PANIPLUS CO. (E-22)<br>  Maxwell M. Blecher, Esquire<br>  Blecher, Collins & Hoecker<br>    Same as E-12 and E-13<br><br>PASSENGERS RESTAURANTS, INC.<br>  Richard J. Rappaport, Esquire<br>  Ross, Hardies, O'Keefe,<br>    Babcock & Parsons<br>  One IBM Plaza *Ste 3100*<br>    Chicago, Illinois  60611<br><br>STATE OF COLORADO   (E-24)<br><br><br>  Robert F. Hill, Esquire<br>  Ast. Attorney General<br>  104 State Capitol Bldg.<br>  Denver, Colorado  80203<br><br>MILFORD CANNING CO. (E-25)<br>  John Edward Burke, Esquire<br>  Ross, Hardies,<br>    O'Keefe, Babcock & Barsons<br>  One IBM Plaza #3100<br>  Chicago, Illinois | |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | TRI-R VENDING CO. (E-26) | |

SETHNESS GREENLEAF INC. (E-27)
James B. Sloan, Esquire
Sloan, Bragiel and Connelly
111 W. Washington Street
Chicago, Illinois

COURTESY FOOD MART, INC. (E-28)
  See E-5 Edward R. Berman, Esquire

STATE OF KANSAS (E-29)
Wesley A. Weathers, Esquire
Special Assistant Attorney General
900 Merchants National Bank Bldg.
Topeka, Kansas  66612

THE STATE OF ARIZONA (E-30)
Kenneth R. Reed, Esquire
Director, Antitrust Section
Economic Protection Division
159 State Capitol Building
Phoenix, Arizona  85007

IMPERIAL PRESERVES, INC. (E-31)
Jack L. Chestnut, Esq.
Joseph T. Burkard, Esquire
Floyd E. Boline, Esq.
Chestnut, Brooks & Burkard
854 Midland Bank Bldg.
Minneapolis, Minn.  55401

GOELITZ CONFECTIONERY CO.
Robert D. McHugh, Esquire
100 N. LaSalle Street
Chicago, Illinois  60602

TOPSY'S INTERNATIONAL INC. (E-33)
  Harry P. Thomson, Jr., Esquire
  Shughart, Thomson & Kilroy
  9th Floor, Commerce Bank Bldg.
  P.O. Box 13007
  Kansas City, Missouri  64199

INTERSTATE BRANDS CORP. (E-34 & E-35)
  Gregory Murray, Esq.
  Winston & Strawn
  Suite 5000
  One First National Plaza
  Chicago, Illinois  60603

JPML FORM 2A -- Continuation

Attorney List -- p. _____

DOCKET NO. _____ -- _____

MONITOR SUGAR CO.
**John K. Cannon, Esq.**
Dykema, Gossett, Spencer,
    Goodnow & Trigg
35th Floor, 400 Renaissance Center
Detroit, Michigan  48243

SOUTH DOWNS SUGARS, INC.
Richard K. Decker, Esquire
Lord, Bissell & Brook
115 South LaSalle Street
Chicago, Illinois  60603

WALDORF BAKERS (E-51)
Ira J. Sands, Esquire
515 Madison Avenue
New York, New York  10022

SAUL GARCIA, ETC.
Stephen D. Susman, Esquire
Gary V. McGowan, Esquire
1901 First National Life Bldg.
Houston, Texas  77002

Gerald Fugit, Esquire
Fugit Building
412 N. Texas
Odessa, Texas  79761

COMMONWEALTH OF VIRGINIA (B-3)
John Hardin Young, Esq.
Assistant Attorney General
Supreme Court Building
1101 East Broad Street
Richmond, Virginia  23219

SHOPWELL, INC. (B-2)
Jerome Edelman, Esquire
26 Court Street
Brooklyn, New York  11242

David Berger, Esquire
1622 Locust Street
Philadelphia, Pa.  19103

REVERE SUGAR REFINERY
S. Gordon Elkins, Esquire
Stradley, Ronon, Stevens & Yount
1300 Two Girard Plaza
Philadelphia, Pa.  19102

SUGAR REFINERY OF
    PALM BEACH
277 Park Avenue
New York, New York

GLADES COUNTY SUGAR GROWERS
    COOPERATIVE ASSOCIATION
Judith R. Cohn, Esq.
Wolf, Block, Schorr
    and Solis-Cohen
1200 Packard Bldg.
Philadelphia, Pa.  19102

Jack J. Rafter, Jr., Esquire
208 West Ventura Avenue
Clewiston, Florida  33440

PEPSICO, INC.
John L. Altieri, Jr., Esquire
John J. Kirby, Jr., Esq.
Mudge, Rose, Guthrie
    & Alexander
20 Broad St.
New York, New York  10005

Unable to determine address or
counsel for the following:
GROWERS ASSN., LTD.
CUBAN AMERICAN SUGAR CO.
COOPERATIVE ASSN.
U & I, INC.

JPML FORM 2A -- Continuation

Attorney List -- p. _____

DOCKET NO. _____  --  _____

---

GREAT WESTERN SUGAR CO.
NORTHERN OHIO SUGAR CO.
GODCHAUX-HENDERSON SUGAR CO.
Bruce Montgomery, Esquire
Arnold & Porter
1229 19th Street, N.W.
Washington, D. C.  20036

MICHIGAN SUGAR CO.
Timothy D. Wittlinger, Esquire
Hill, Lewis, Adams, Goodrich,
   & Tait
3700 Penobscot Building
Detroit, Michigan  48226

CALIFORNIA BEET GROWERS ASSN.
James M. Morris, Esquire
Brewer, Patridge & Morris
P.O. Box 270
Stockton, Calif.  95201

SUCREST CORPORATION
Laurence Greenwald, Esquire
Stroock, Stroock & Lavan
61 Groadway
New York, New York  10006

RSN PROJECTS, INC.
THE NATIONAL SUGAR REFINING CO.
Lewis Koss, Esquire
Goldstein, Shames & Hyde
655 Madison Avenue
New York, New York  10021

SUPREME SUGAR CO., INC.
Norman Carpenter, Esquire
Faegre & Benson
Northwestern Bank Bldg.
Minnespolis, Minnesota  55402

IMPERIAL SUGAR CO.
John Jeffers, Jr., Esquire
Baker & Botts
3000 Shell Plaza
Houston, Texas

GLADES COUNTY SUGAR GROWERS
   COOPERATIVE ASSOCIATION
Jack Rafter, Esquire
P.O. Box 756
Clewiston, Florida  33440

UNITED BRANDS
Yvette Harmon, Esquire
Chadbourne, Parke,
   Whiteside & Wolff
30 Rockefeller Plaza
New York, New York  10020

SAVANNAH FOODS & INDUSTRIES
John G. Harkins, Jr., Esquire
Pepper, Hamilton & Sheetz
2001 The Fidelity Building
123 S. Broad Street
Philadelphia, Pa. 19109

NATIONAL HOME PRODUCTS CORP.
Henry W. Cornell, III, Esquire
Berg & Cornell
2500 Main Place Tower
Buffalo, New York  14202

CPC INTERNATIONAL, INC.
John J. McBaine, Esquire
Lord, Day & Lord
25 Broadway
New York, New York  10004

Stephen W. Armstrong, Esquire
Morgan, Lewis & Bockius
123 South Broad Street
Philadelphia, Pa.  19109

BUCKEYE SUGARS, INC.
Paul H. Cunningham, Esquire
Recker, Cunningham & Cunningham
114 North Oak Street
Ottawa, Ohio  45875

AMERICAN CRYSTAL SUGAR CO.
   OF MOORHEAD, MINN.
Leon Goodrich, Esquire
Oppenheimer, Wolff, Foster,
   Shepard and Donnelly
W-1781 First National Bank Bldg.
St. Paul, Minn.  55101

THE SOUTH COAST CORP.
W. Donald McSweeney, Esq.
Schiff, Hardin & Waite
7200 Sears Tower
233 South Wacker Dr.
Chicago, Illinois  60606

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

## DESCRIPTION OF LITIGATION

MDL-201 -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | RAMIRO MARTINEZ  (E-36)<br>Arthur Gochman, Esquire<br>Gochman & Weir<br>331 San Antonio Bank & Trust Bldg.<br>San Antonio, Texas  78205 | SETHNESS GREENLEAF (E-41)<br>FEDERAL BAKE SHOPS, INC., ETC. (E-42)<br>Perry Goldberg, Esquire<br>Specks & Goldberg<br>120 South LaSalle Street<br>Chicago, Illinois   60603 |
| | PEPSI-COLA BOTTLING CO. OF TOPEKA, INC.<br>Donald D. Barry, Esq.<br>Crane, Martin, Claussen, Hamilton<br>  & Barry<br>900 Merchants National Bank Bldg.<br>Topeka, Kansas  66612 | CONTINENTAL COFFEE COMPANY OF FLORIDA (E<br>Sheldon O. Collen, Esq.<br>Robert J. Rubin, Esquire<br>Friedman & Koven<br>208 S. LaSalle Street<br>Chicago, Illinois  60604 |
| | THE STATE OF NEVADA (E-38)<br>Robert List, Esquire<br>Donald Klasic, Esquire<br>Supreme Court Building<br>Carson City, Nevada  89710 | FARM HOUSE FOODS CORP. (E-44)<br>Donald I. Resnick, Esquire<br>Arvey, Hodes, Costello &<br>  Burman<br>180 N. LaSalle Street<br>Chicago, Illinois  60601 |
| | MID-AMERICA DAIRYMEN (E-39)<br>Wayne H. Hoecker, Esquire<br>Gage & Tucker<br>1000 Bryant Building<br>1102 Grand Avenue<br>Kansas City, Missouri  64106 | SAMBO'S RESTAURANTS, INC. ET AL. (E-45)<br>Elwood S. Kendrick, Esquire<br>Kendrick, Netter, Orr & Bennett<br>Suite 1200<br>612 South Flower Street<br>Los Angeles, CA  90017 |
| | M. A. LOPEZ SUPERMARKET, INC. (E-40)<br>Richard C. Arroyo, Esquire<br>2355 Barnard Road<br>Brownsville, Texas  78520 | EUGENE KLEIN, ETC. (E-46)<br>Gene Mesh, Esquire<br>Suite 20005<br>Central Trust Tower<br>Cincinnati, Ohio  45202 |
| | | A&P BAKERY SUPPLY & EQUIP. CO. (E-47)<br>ST OF MISSOURI (E-49)<br>John C. Danforth, Esquire<br>Attorney General<br>Supreme Court Building<br>Jefferson City, Mo.  65101 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | A. C. JORDAN, ETC. (E-48)<br>Howard A. Specter, Esquire<br>Litman, Litman, Harris & Specter<br>1320 Grant Building<br>Pittsburgh, Pa.  15219 | |
| | WALDORF BAKERS (E-51)<br>Emanuel G.Weiss, Esq.<br>106 S. 16th Street<br>Philadelphia, Pa.  19102 | |
| | Ira Jay Sands, Esquire<br>515 Madison Ave.<br>New York, New York  10022 | |
| | SAUL GARCIA (E-50)<br>Stephen D. Susman, Esq.<br>Gary V. McGowan, Esq.<br>1901 First National Life Bldg.<br>Houston, Texas  77002 | |
| | Gerald Fugit, Esquire<br>Fugit Bldg.<br>412 N. Texas<br>Odessa, Texas  79761 | |
| | A-BARR SALES CO., (F-1)<br>George W. Hamman, Esq.<br>7 South Dearborn St.<br>Suite 1507<br>Chicago, Ill. 60603 | |
| | Marvin N. Benn, Esq.<br>134 N. LaSalle St.<br>Suite 2222<br>Chicago, Ill. 60602 | |
| | JAMES L. McCORMICK, JR., ET AL. (F-2)<br>Floyd R. Brown, Esq.<br>26092 Getty Drive<br>Laguna Miguel, Ca. 92677 | |
| | UNITED DAIRYMEN'S ASSOCIATION<br>Lowell V. Summerhays, Esq.<br>1220 Continental Bank Bldg.<br>Salt Lake City, Utah  84101 | |
| | COCA-COLA BOTTLING CO. OF N.Y. (F-6)<br>Frederick P. Furth, Esq.<br>Daniel S. Mason, Esq.<br>Furth, Fahrner & Wong<br>  (See Address at A-1) | |

JP Form 3

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 201 -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| CPC INTL., INC. | E-41, E-42 E-43 E-46 E-47 E-48 E-50 F-6 |
| CALIF. BEET GROWERS ASSN. LTD. | E-41, E-42 E-43 E45 E46 E48 E-50 |
| NATIONAL HOME PRODUCTS | E-41, E-42 E-43 E-46 E-47 E-48 E-50 F-6 |
| SAVANNAH FOODS IND., INC. | E-41, E-42 E-43 E-46 E-47 E-48 E-50 F-6 |
| SUGREST CORP. | E-41, E-42 E-43 E-46 E-47 E-48 E-50 F-1 F-6 |
| THE NATL. SUGAR REFINING CO. | E-41, E-42 E-43 E-46 E-48 E-50 F-6 |
| BUCKEYE SUGAR | E-41, E-42 E-43 E-46 |
| NORTHERN OHIO SUGAR | E-41, E-42 E-43 E-46 E-47 E-50 |
| MONITOR SUGAR CO. | E-41, E-42 E-43 E-46 |
| GODCHAUX HENDERSON SUGAR CO., INC. | E-41, E-42 E-43 E-46 E-47 E-50 F-6 |

| | |
|---|---|
| SOUTH DOWN SUGARS | E-41, E-42 E-43 E-46 E-47 E-50 |
| SUPREME SUGAR CO., INC. | E-41, E-42 E-43 E-46 E-47 E-50 E-6 |
| THE SOUTH COAST CORP. | E-41, E-42 E-43 E-46 E-47 E-50 |
| IMPERIAL SUGAR CO. | E-41, E-42 E-43 E47 E-49 E-50 E-6 |
| GLADES COUNTY SUGAR GROWERS COOP. ASSN. | E-41, E-42 E-43 E-47 E-50 |
| UNITED BRANDS 201ᴬ | E-41, E-42 E-43 E-47 |
| ~~E-42~~ | ~~E-43~~ |
| American Sugar Industries | E-48 |
| Sugar Refinery Palm Beach | E-49 |
| U and I incorp, | E-3 |
| Refined Sugars + Syrups - Industrial Division | E-6 |

p. _____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 201 -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| California & Hawaiian Sugar Co. | E-31  E-32  E-33  E-34  E-35  E-36  E-37  E-38  E-39  E-40  E-41  E-42  E-43  E-44  E-45  E-46  E-47  E-48  E-49  E-50  F-1  F-2  F-3  F-4  F-5  F-6  G-7  G-7B |
| Holley Sugar Corp.  E-50  E-49  E-48  E-47  E-46  E-K | F-1  F-2  F-4  F-5  G-7     A-13  F-5  E-31  E-31G  E-39 |
| Consolidated Foods Corp. | A-1; A-2; A-4; A-5; A-7; A-8; A-9; A-11  C-20  D-1  E-6  E-7  E-8  E-9  E-10  E-11  E-15  E-18  E-21  E-29  E-30  E-31  E-33  E-34  E-37  E-38  E-39  E-41,  E-42  E-43  E-45  E-46  E-47  E-48  E-49  E-50 |
| Great Western Sugar Co. | F-2  F-4  F-5  G-7  G-11     E-4b  F-1 |
| American Crystal Sugar Co. | E-46  E-47  E-48  E-49  E-50  F-1  F-2  F-4  F-5  G-7  G-8 |
| Amalgamated Sugar Co. | E-46  E-47  E-48  E-49  E-50  F-1  F-2  F-3  F-4  F-5  G-7  G-9 |
| National Sugarbeet Growers Federation | A-1; A-9; 1A-10; A-12; A-13  B-1  B-2  B-3  B-4  C-1  C-2  D-1  E-3  E-4  E-5  E-6  E-7  E-8  E-9  E-23  E-24  E-25  E-26  E-27  E-28  E-29  E-31  E-32  E-33  E-37  E-41  E-42  E-43  E-46  E-47  E-48  E-49  E-50  F-1  F-2  F-4  F-5 |
| Utah-Idaho Co. | A-1; A-3; A-8  B-4  B-5  B-6  C-2  D-1  E-2  E-6  E-7  E-12  E-16  E-20  E-21  E-31  E-23  E-24  E-27  E-28  E-29  E-31  E-33  E-36  E-35  E-37  E-39  E-41  E-42  E-43  E-46  E-48  E-49  E-50  F-2  F-5 |
| American Crystal Sugar Co. of Fargo, North Dakota | A-9  B-1  E-24  E-41,  E-42  E-43  E-48  F-2 |
| SPRECKELS SUGAR CO.  AMSTAR | B-5  B-6  A-3; A-7  E-1  E-2  E-12  E-18  E-22  E-23  E-24  E-26  E-27  E-28  E-29  E-30  E-31  E-33  E-35  E-37  E-38  E-41  E-42  E-43  E-44  E-47  E-48  E-49  F-4  F-5 |

over

p. _2)_

| AMERICAN Sugar Co. | C.2;C.3 |
|---|---|
| AMSTAR CORP ✓ | E-10 A E-15 A E-17 E-18 E-19 E-20 E-21 E-50 20 10 F-1 F-2 F-6 67 |
| BORDEN, INC. ✓ | E-10 A E-41 E-42 E-43 E-46 E-47 E-48 20 10 E-50 F-4 F-6 |
| COLONIAL SUGAR CO. ✓ | E-10 A E-41 E-42 E-43 E-46 E-47 E-48 20 10 E-50 F-6 |
| NORTH AMERICAN SUGAR IND. ✓ | E-10 A E-41 E-42 E-43 E-46 E-47 F-6 20 10 |
| INDUS TRIAL SUGARS ✓ | E-10 A E-41 E-42 E-43 E-46 E-47 E-48 20 10 E-50 F-6 |
| FLORIDA SUGAR REFINERY ✓ | E-19 A E-41 E-42 E-43 E-46 E-48 E-50 20 10 F-6 |
| GREAT WESTERN UNITED, INC. | E-19 A 20 10 |
| SOUTH PUERTO RICO SUGAR CO. ✓ | E-19 A E-47 |
| HAVEN INDUSTRIES | E-19 A |
| MICHIGAN SUGAR CO ✓ | E-10 A E-41 E-42 E-43 E-46 E-47 E-48 E-50 20 10 F-6 |